1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "1"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**

# THE LAW OFFICES OF GARY W. GORSKI

**1207 Front Street, Suite 15**
**Sacramento, CA 95814**
**Tel. (916) 965-6800**
**E-mail: usrugby@pacbell.net**

*Admitted in California and Pennsylvania.*

September 29, 2009

Santa Clara County Office of the Sheriff
Sheriff Laurie Smith
55 West Younger Avenue
San Jose, CA 95110
Tel. (408) 808-4900
Fax (408) 283-0562

San Jose Police Department
Chief Rob Davis
201 W. Mission Street
San Jose, CA 95110
Tel. (408) 277-8900

> **RE:**   **Public Records Request and Demand for Interview with an**
> **Investigator to Complete Sections 6, 7, and 8 of the California**
> **Department of Justice Standard Application for License to Carry a**
> **Concealed Weapon (CCW).**

Dear Sheriff Smith and Chief Davis:

I have been retained by Mr. Thomas Jacobs. Mr. Jacobs is a longtime resident of Santa Clara County and the City of San Jose. Mr. Jacobs has been attempting to contact someone within your respective offices for quite some time concerning the issuance process for CCW permits in Santa Clara County and the City of San Jose.

As I am sure you are aware, California Penal Code section 12050(a)(1)(B) provides a sheriff and/or chief of police of a municipal police department with the authority to issue a "license to carry a pistol, revolver, or other firearm capable of being concealed upon the person..." However, to date, Mr. Jacobs has been unsuccessful in obtaining any information regarding the issuance process for CCW permits.

As far as he and I can tell, there is no published policy on either the Police Department or Sheriffs Office website concerning the CCW application process. Further, each and every time Mr. Jacobs or myself have called either office in an attempt to obtain

information we have been placed on hold for an indefinite period of time with no response.

This letter constitutes a formal request for the following pursuant to the Public Records Act:

    1.) Please provide a DOJ CCW application;

    2.) Please provide a list of all current and past CCW permit holders since your tenure in office, inclusive of all good cause data relied upon for issuance;

    3.) Please provide a copy of your written CCW permit issuance policy;

    4.) If your department defers to the other for the processing of CCW applications, please provide that policy or letter/memorandum of understanding.

In addition to the above requests, please provide a date and time that my client can meet with your department to complete sections 6, 7, and 8 of the California Department of Justice Standard Application for License to Carry a Concealed Weapon (CCW), and have the application "witnessed" and "signed" by the investigator.

If you prefer, you can e-mail the information to me at usrugby@pacbell.net. If you choose this avenue, please copy my legal intern as well at craigcweaver@gmail.com. Otherwise, please mail the information to my office at 1207 Front Street, Suite 15, Sacramento, CA 95814.

If you have any questions regarding this request, I can be reached at (916) 965-6800. Thank you for your time and consideration. I look forward to an amicable resolution to this issue so we can both tend to other business.

Very Truly Yours,

THE LAW OFFICES OF GARY W. GORSKI

Gary W. Gorski
Attorney at Law

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 09/29/2009 15:40
                              NAME  : GWGORSKI
                              FAX   : 9169656801
                              TEL   : 9169656800
                              SER.# : L8J814214
```

```
DATE,TIME            09/29  15:40
FAX NO./NAME         14082830562
DURATION             00:00:25
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

# THE LAW OFFICES OF GARY W. GORSKI

**1207 Front Street, Suite 15**
**Sacramento, CA  95814**
**Tel. (916) 965-6800**
**E-mail: usrugby@pacbell.net**

*Admitted in California and Pennsylvania.*

September 29, 2009

Santa Clara County Office of the Sheriff
Sheriff Laurie Smith
55 West Younger Avenue
San Jose, CA  95110
Tel. (408) 808-4900
Fax (408) 283-0562

San Jose Police Department
Chief Rob Davis
201 W. Mission Street
San Jose, CA 95110
Tel. (408) 277-8900

> **RE:   Public Records Request and Demand for Interview with an**
> **Investigator to Complete Sections 6, 7, and 8 of the California**
> **Department of Justice Standard Application for License to Carry a**
> **Concealed Weapon (CCW).**

Dear Sheriff Smith and Chief Davis:

I have been retained by Mr. Thomas Jacobs. Mr. Jacobs is a longtime resident of

```
┌──────────────────────────────────────────┐
│      TRANSMISSION VERIFICATION REPORT     │
└──────────────────────────────────────────┘
                                    TIME  : 09/29/2009 15:39
                                    NAME  : GWGORSKI
                                    FAX   : 9169656801
                                    TEL   : 9169656800
                                    SER.# : L8J814214
```

```
DATE,TIME              09/29  15:39
FAX NO./NAME           14082830562
DURATION               00:00:25
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# THE LAW OFFICES OF GARY W. GORSKI

**1207 Front Street, Suite 15**
**Sacramento, CA 95814**
**Tel. (916) 965-6800**
**E-mail: usrugby@pacbell.net**

*Admitted in California and Pennsylvania.*

September 29, 2009

Santa Clara County Office of the Sheriff
Sheriff Laurie Smith
55 West Younger Avenue
San Jose, CA 95110
Tel. (408) 808-4900
Fax (408) 283-0562

San Jose Police Department
Chief Rob Davis
201 W. Mission Street
San Jose, CA 95110
Tel. (408) 277-8900

**RE:   Public Records Request and Demand for Interview with an**
**Investigator to Complete Sections 6, 7, and 8 of the California**
**Department of Justice Standard Application for License to Carry a**
**Concealed Weapon (CCW).**

Dear Sheriff Smith and Chief Davis:

I have been retained by Mr. Thomas Jacobs. Mr. Jacobs is a longtime resident of

1
2
3
4
5
6
7
8                     **Exhibit "2"**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**

# THE LAW OFFICES OF GARY W. GORSKI

**1207 Front Street, Suite 15
Sacramento, CA 95814
Tel. (916) 965-6800
E-mail: usrugby@pacbell.net**

*Admitted in California and Pennsylvania.

October 6, 2009

Santa Clara County Office of the Sheriff
Sheriff Laurie Smith
55 West Younger Avenue
San Jose, CA 95110
Tel. (408) 808-4900
Fax (408) 283-0562

San Jose Police Department
Chief Rob Davis
201 W. Mission Street
San Jose, CA 95110
Tel. (408) 277-8900

> **RE:    Public Records Request and Demand for Interview with an
> Investigator to Complete Sections 6, 7, and 8 of the California
> Department of Justice Standard Application for License to Carry a
> Concealed Weapon (CCW).**

Dear Sheriff Smith and Chief Davis:

As I stated in my earlier letter dated September 29, 2009, I have been retained by
Mr. Thomas Jacobs. A copy of my earlier letter is enclosed. Mr. Jacobs is a longtime
resident of Santa Clara County and the City of San Jose and wishes to apply for a CCW
permit. However, to date our attempts to contact someone in either of your respective
offices have been ignored.

You were faxed the above referenced letter on September 29, 2009, and also
mailed the same letter through the U.S. Postal Service the following day. In addition, Mr.
Jacobs and myself have made numerous attempts by telephone to contact someone in
either of your respective offices regarding the issuance process for a CCW permit.
Invariably, each time either of us call we are placed on hold for an indefinite period of
time with no response.

Although in my previous letter I demanded an interview with an investigator to
assist Mr. Jacobs in the completion of sections 6, 7, and 8 of the California Department of

Justice Standard Application for License to Carry a Concealed Weapon (CCW), my demand has been ignored. Thus, Mr. Jacobs has completed two (2) applications. On the first, Mr. Jacobs has filled out the entire application. On the second, Mr. Jacobs has refrained from filling out sections 6, 7, and 8 since, according to the terms of the application, those sections must be filled out in the presence of an investigator and "witnessed" and "signed" by an investigator. Please find both these applications enclosed with this letter.

Regardless, Mr. Jacobs has taken substantial steps to determine the proper application process in Santa Clara County and the City of San Jose. Therefore, consider this letter and the enclosed applications as Mr. Jacobs' formal application for a CCW permit. If necessary, Mr. Jacobs is still willing to meet with an investigator. Please contact me to make arrangements if this is still required.

If you have any questions regarding this request, I can be reached at (916) 965-6800, or through e-mail at usrugby@pacbell.net. Thank you for your time and consideration.

Very Truly Yours,

THE LAW OFFICES OF GARY W. GORSKI

Gary W. Gorski
Attorney at Law

# California Department of Justice



# STANDARD APPLICATION
# FOR LICENSE TO CARRY
# A CONCEALED WEAPON (CCW)

**California Department of Justice**
# STANDARD APPLICATION
for
# LICENSE TO CARRY A CONCEALED WEAPON (CCW)

## Authority

California Penal Code (PC) sections 12050 through 12054 provide that a sheriff of a county or the chief or other head of a municipal police department of any city or city and county may issue a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (CCW license). PC section 12051(a)(3)(A) requires the Attorney General to prescribe a statewide standard application form for a CCW license.

## Who May Be Issued a License

The licensing authority specified in PC section 12050(a)(1) (a sheriff or head of a municipal police department) may issue a license to persons who are of good moral character, who have completed a course of training, and where good cause exists for issuance of the CCW license. All applications for a CCW will be fingerprinted and state records will be checked to determine if they are in a prohibiting class. Attachments 1, 2, and 3 (following page 14 of this application) list all categories that would cause a person to be in a class prohibiting them from possessing firearms and being granted a CCW license. These attachments are updated annually to reflect new legislation and other changes in the law.

## Format of CCW License

A CCW license may be issued in either of the following formats:

1.  A license to carry concealed, a pistol, revolver, or other firearm capable of being concealed upon the person.
2.  Where the population of the county is less than 200,000 persons according to the most recent federal decennial census, a license to carry loaded and exposed in that county a pistol, revolver, or other firearm capable of being concealed upon the person

## Training Required

PC section 12050(a)(1)(B) and (E) specifies that new license applicants must complete a course of training. The training may consist of any course acceptable to the licensing authority. The licensing authority may require either a course not to exceed 16 hours which includes instruction on at least firearms safety and the law regarding the permissible use of a firearm or a community college course not to exceed 24 hours certified by the Commission on Peace Officer Standards and Training. If the licensing authority requires the community college course, it must be uniformly required for all CCW license applicants. The licensing authority may also require annual qualification on the weapon(s) during the term for which the CCW license is granted.

For license renewal applicants, the course of training may be any course acceptable to the licensing authority, shall be no less than four hours in length, and shall include instruction on at least firearm safety and the law regarding permissible use of a firearm

State of California, Department of Justice

# Standard Application for CCW License

## Psychological Testing

In addition to licensing requirements as specified by the licensing authority, jurisdictions may require psychological testing on the initial application. If required, the applicant shall be referred to a licensed psychologist used by the licensing authority for the psychological testing of its own employees. Any fees charged will be the responsibility of the applicant and such fees shall not exceed $150.00 for an initial test. Additional psychological testing of an applicant seeking license renewal shall be required only if there is compelling evidence to indicate that a test is necessary (PC section 12054(c)).

## Completing the Application

Answering all the questions on this standard application does not guarantee the issuance of a CCW license. The determination whether or not to issue the license is the prerogative of the licensing authority. Each licensing authority, in addition to using the state standard application form, will have a written policy summarizing what they require pursuant to PC section 12050(1)(1)(A) and (B). Prior to issuing a CCW, the statutes require proof that:

- The applicant is of good moral character,
- Good cause exists to issue the CCW license,
- The applicant meets residence requirements, and
- The course of training prescribed by the licensing authority has been completed.

The application on the following pages sets forth standardized questions to be used by the CCW licensing authority to determine whether a CCW license shall be issued. The applicant shall not be required to complete any additional application or form for a CCW license, or to provide any information other than that necessary to complete this standard application form except to clarify or interpret information provided herein (PC section 12051(a)(3)(C)).

The applicant will certify that all answers provided are true and correct to the best of their knowledge and belief under penalty of perjury. The applicant will also acknowledge that information disclosed on this application may be subject to public disclosure.

### *Important Instructions*

- **Fill out, read, and sign Sections 1 through 5, as directed. Use additional pages if more space is required.**

- **Sections 6, 7, and 8 must be completed in the presence of an official of the licensing agency.**

- **Review Section 7 and be prepared to answer these questions orally. Do not write anything in Section 7 unless specifically directed to do so by the licensing agency.**

Section 1 – Applicant Personal Information ....................................................................................................3
Section 2 – Applicant Clearance Questions....................................................................................................3
Section 3 – Description of Weapon(s) ............................................................................................................5
Section 4 – CCW License Conditions and Restrictions ...............................................................................6
Section 5 – Applicable California Penal Code Sections.................................................................................7
Section 6 – Agreement to Restrictions and to Hold Harmless ...................................................................10
Section 7 – Investigator's Interview Notes .................................................................................................11
Section 8 – Certification and Release of Information ..................................................................................14

Attachment 1 – California Prohibiting Categories for a CCW License ......................................................16
Attachment 2 – California Prohibiting Misdemeanors ...............................................................................17
Attachment 3 – Federal Prohibiting Categories for Possessing Firearms ..................................................19

State of California, Department of Justice

# Standard Application for CCW License

| Official Use Only – Type of Permit Requested | |
|---|---|
| ( ) Standard | ( ) Judge |
| ( ) Reserve Officer | ( ) 90 Day |

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application.  I understand that all of the information disclosed by me in this application may be subject to public disclosure.

_Thomas C. Jacobs_                                        Date 9/27/09
Applicant Signature

Witness Signature / Badge Number                         Date

## Section 1 – Applicant Personal Information

Name: _Jacobs_          _Thomas_          _C._
         Last              First            Middle

If Applicable
Maiden Name or other Name(s) Used: _____

City and County
of Residence: _San Jose, Santa Clara_    Country of
                                          Citizenship: _U.S.A._

Date of Birth: ███/51   Place of Birth: _Vallejo_ , _Solano_    _CA_
                                          City      County      State

Height: _6'3"_  Weight: _210_  Color Eyes: _Brown_  Color Hair: _Brown_

## Section 2 – Applicant Clearance Questions

1.  **Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?**
    No _X_ Yes_____ (If yes, please indicate below.  Use additional pages if necessary.)

Issuing Agency_____ Issue Date_____ CCW#_____

2.  **Have you ever applied for and been denied a license to carry a concealed weapon?**
    No_X_ Yes_____ (If yes, give agency name, date and reason for denial.)

_____

_____

-3-

State of California, Department of Justice
## Standard Application for CCW License

### Section 2 – Applicant Clearance Questions – (continued)

3. **Have you ever held and subsequently renounced your United States citizenship?**
   No__✗__ Yes_____ (If yes, explain):

   _____

4. **If you served with the Armed Forces, were you ever convicted of any charges or was your discharge other than honorable?** No__✗__ Yes_____ (If yes, explain):

   _____

   _____

5. **Are you now, or have you been a party to a lawsuit in the last five years?**
   No__✗__ Yes_____ (If yes, explain):

   _____

   _____

   _____

   _____

6. **Are you now, or have you been, under a restraining order(s) from any court?**
   No__✗__ Yes_____ (If yes, explain):

   _____

   _____

7. **Are you on probation or parole from any state for conviction of any offense including traffic?** No__✗__ Yes_____ (If yes, explain):

   _____

   _____

-4-

State of California, Department of Justice
## Standard Application for CCW License

### Section 2 – Applicant Clearance Questions – (continued)

8.  List all traffic violations (moving violations only) and motor vehicle accidents you have had in the last five years. (Use additional pages if necessary.)

| Date | Violation / Accident | Agency / Citation # |
|------|---------------------|---------------------|
|      |                     |                     |
|      |                     |                     |
|      |                     |                     |
|      |                     |                     |

9.  Have you ever been convicted for any criminal offense (civilian or military) in the U.S. or any other country?

    No _X_ Yes_____ (If yes, explain including date, agency, charges, and disposition.)

    _____

    _____

10. Have you witheld any fact that might affect the decision to approve this license?

    No _X_ Yes_____ (If yes, explain):

    _____

    _____

### Section 3 – Descriptions of Weapons:

List below the weapons you desire to carry if granted a CCW. You may carry concealed only the weapon(s) which you list and describe herein, and only for the purpose indicated. Any misuse will cause an automatic revocation and possible arrest. (Use additional pages if necessary.)

| | Make | Model | Caliber | Serial No. |
|---|------|-------|---------|-----------|
| 1. | Ruger | P94 | 9 mm | 308528828 |
| 2. | Ruger | P90 | 45 ACP | 66176638 |
| 3. | | | | |

-5-

State of California, Department of Justice
## Standard Application for CCW License

### Section 4 – CCW License Conditions and Restrictions

The licensee is responsible for all liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit, or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

The licensee authorizes the licensing agency to investigate, as they deem necessary, the licensee's record and character to ascertain any and all information which may concern his/her qualifications and justification to be issued a license to carry a concealed weapon and release said agency of any and all liability arising out of such investigation.

While exercising the privileges granted to the licensee under the terms of this license, the licensee shall not, when carrying a concealed weapon:
- Consume any alcoholic beverage.
- Be in a place having a primary purpose of dispensing alcoholic beverages for on-site consumption.
- Be under the influence of any medication or drug, whether prescribed or not.
- Refuse to show the license or surrender the concealed weapon to any peace officer upon demand.
- Impede any peace officer in the performance of his/her duties.
- Present himself/herself as a peace officer to any person unless he/she is, in fact, a peace officer as defined by California law.
- Unjustifiably display a concealed weapon.
- Carry a concealed weapon not listed on the permit.
- Carry a concealed weapon at times or circumstances other than those specified in the permit.

Pursuant to U.S. Government Code – Title 49, Chapter 26, Section 1472(1) and Federal Aviation Regulation 121.583, a license to carry a concealed weapon does not authorize a person to carry a firearm, tear gas, or any dangerous weapon aboard commercial airlines. Further, a person must declare that he/she is carrying such firearm, tear gas, or dangerous weapon BEFORE entering the boarding area of an air terminal where the security checks are made. Such violation can result in arrest by law enforcement.

Any violation of these restrictions or conditions may invalidate the CCW license and may void any further use of the license until reinstated by the licensing authority. Any arrest for a felony or serious misdemeanor, including driving under the influence of alcohol and/or drugs, is cause for invalidating the license.

State of California, Department of Justice
# Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections

**The following Penal Code sections are of special importance to the holder of a CCW license regarding the use, carrying, and storage of firearms:**

### Penal Code Section 12051 – Applications for CCW Licenses; False Statements

(b) Any person who files an application required by subdivision (a) knowing that statements contained therein are false is guilty of a misdemeanor.

(c) Any person who knowingly makes a false statement on the application regarding any of the following shall be guilty of a felony:

(1) The denial or revocation of a license, or the denial of an amendment to a license, issued pursuant to Section 12050.
(2) A criminal conviction.
(3) A finding of not guilty by reason of insanity.
(4) The use of a controlled substance.
(5) A dishonorable discharge from military service.
(6) A commitment to a mental institution.
(7) A renunciation of United States citizenship.

### Penal Code Section 192 – Manslaughter

Manslaughter is the unlawful killing of a human being without malice.

(a) Voluntary – upon a sudden quarrel or heat of passion.
(b) Involuntary – in the commission of an unlawful act, not amounting to a felony; or in the commission of a lawful act which might produce death, in an unlawful manner, or without due caution and circumspection; provided that this subdivision shall not apply to acts committed in the driving of a vehicle.

### Penal Code Section 197 – Justifiable Homicide; Any Person

Homicide is justifiable when committed by any person in any of the following cases:

1. When resisting any attempt to murder any person, or to commit a felony, or to do some great bodily injury upon any person; or,
2. When committed in defense of habitation, property, or person, against one who manifestly intends or endeavors, by violence or surprise, to commit a felony, or against one who manifestly intends and endeavors, in a violent, riotous or tumultuous manner, to enter the habitation of another for the purpose of offering violence to any person therein; or,
3. When committed in the lawful defense of such person, or of a wife or husband, parent, child, master, mistress, or servant of such person, when there is reasonable ground to apprehend a design to commit a felony or to do some great bodily injury, and imminent danger of such design being accomplished; but such person, or the person in whose behalf the defense was made, if he was the assailant or engaged in mutual combat, must really and in good faith have endeavored to decline any further struggle before the homicide was committed; or,
4. When necessarily committed in attempting, by lawful ways and means, to apprehend any person for any felony committed, or in lawfully suppressing any riot, or in lawfully keeping and preserving the peace.

State of California, Department of Justice
# Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections – (continued)

### Penal Code Section 198 – Justifiable Homicide; Sufficiency of Fear (Limitation of Self-defense of Property Rule)

A bare fear of the commission of any of the offenses mentioned in subdivisions 2 and 3 of Section 197, to prevent which homicide may be lawfully committed, is not sufficient to justify it. But the circumstances must be sufficient to excite the fears of a reasonable person, and the party killing must have acted under the influence of such fears alone.

### Penal Code Section 199 – Justifiable and Excusable Homicide; Discharge of Defendant

The homicide appearing to be justifiable or excusable, the person indicted must, upon his trial, be fully acquitted and discharged.

### Penal Code Section 12035 – Storage of Firearms Accessible to Children

(a) As used in this section, the following definitions shall apply:
    (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.
    (2) "Child" means a person under the age of 16 years.
    (3) "Off-premises" means premises other than the premises where the firearm was stored.
    (4) "Locked container" has the same meaning as set for the in subdivision (d) of Section 12026.2.
(b) (1) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the first degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes death or great bodily injury to himself, herself, or any other person.
    (2) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the second degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes injury, other than great bodily injury, to himself, herself, or any other person, or carries the firearm either to a public place or in violation of Section 417.
(c) Subdivision (b) shall not apply whenever any of the following occurs:
    (1) The child obtains the firearm as a result of an illegal entry to any premises by any person.
    (2) The firearm is kept in a locked container or in a location that a reasonable person would believe to be secure.
    (3) The firearm is carried on the person or within such a close proximity thereto so that the individual can readily retrieve and use the firearm as if carried on the person.
    (4) The firearm is locked with a locking device that has rendered the firearm inoperable.
    (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the firearm during, or incidental to, the performance of the person's duties.
    (6) The child obtains, or obtains and discharges, the firearm in a lawful act of self-defense or defense of another person, or persons.
    (7) The person who keeps a loaded firearm on any premise which is under his or her custody or control has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premise.

-8-

State of California, Department of Justice

# Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections – (continued)

### Penal Code Section 12036 – Firearms Accessed by Children and Carried Off-premises

(a) As used in this section, the following definitions shall apply:

   (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.

   (2) "Child" means a person under the age of 16 years.

   (3) "Off-premises" means premises other than the premises where the firearm was stored.

   (4) "Locked container" has the same meaning as set forth in subdivision (d) of Section 12026.2.

(b) A person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person, loaded or unloaded, within any premise that is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to that firearm without the permission of the child's parent or legal guardian and the child obtains access to that firearm and thereafter carries that firearm off-premises, shall be punished by imprisonment in a county jail not exceeding one year, by a fine not exceeding one thousand dollars ($1,000), or by both that imprisonment and fine.

(c) A pistol, revolver, or other firearm capable of being concealed upon the person that a child gains access to and carries off-premises in violation of this Section shall be deemed "used in the commission of any misdemeanor as provided in this code or any felony" for the purpose of subdivision (b) of Section 12028 regarding the authority to confiscate firearms and other deadly weapons as a nuisance.

(d) This Section shall not apply if one of the following circumstances exists:

   (1) The child obtains the pistol, revolver, or other firearm capable of being concealed upon the person as a result of an illegal entry into any premises by any person.

   (2) The pistol, revolver, or other firearm capable of being concealed  upon the person is kept in a locked container or in a location that a reasonable person would believe to be secure.

   (3) The pistol, revolver, or other firearm capable of being concealed upon the person is locked with a locking device that has rendered the firearm inoperable.

   (4) The pistol, revolver, or other firearm capable of being concealed upon the person is carried on the person within such a close range that the individual can readily retrieve and use the firearm as if carried on the person.

   (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the pistol, revolver, or other firearm capable of being concealed upon the person during, or incidental to, the performance of the person's duties.

   (6) The child obtains, or obtains and discharges, the pistol, revolver, or other firearm capable of being concealed upon the person in a lawful act of self-defense or defense of another person or persons.

   (7) The person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premises.

State of California, Department of Justice

# Standard Application for CCW License

## Section 6 – Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 – California Prohibiting Categories for a CCW License, Attachment 2 – California Prohibiting Misdemeanors, and Attachment 3 – Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

_____     10/9/09
**Applicant Signature**                                                  **Date**

_____     _____
**Witness Signature / Badge Number**                          **Date**

–10–

State of California, Department of Justice
## Standard Application for CCW License

**Section 7 – Investigator's Interview Notes**

Applicant
Name: _Jacobs_ _Thomas_ _Claude_
　　　　Last　　　　　　First　　　　　　Middle

Date of Birth: ▓▓▓▓▓▓ 81　　　　Age 58

Social Security No.: ▓▓▓ – ▓▓ – 5349

California DL/ID No.: S0317066

Driver's License Restrictions: _____

Residence Address:

3309 Padilla Way _____ San Jose CA 95148
Number　Street　　　　　　Apt.　City　　State　Zip

Mailing address (if different):

_____
Number　Street　　　　　　Apt.　City　　State　Zip

Home / Personal Phone Numbers: (408) 274–3774 or (408) 499–0800

Spouse's Name and Address: Mary Ventre Jacobs

3309 Padilla Way, San Jose, CA 95148

Applicant Occupation: General Contractor

Business / Employer Name: Thomas Jacobs Construction

Business Phone Number: : (408) 499–0800

Business Address:

3309 Padilla Way _____ San Jose CA 95148
Number　Street　　　　　　Apt.　City　　State　Zip

1.  List all previous home addresses for the past five years.

　　None _____

_____

_____

-11-

State of California, Department of Justice
## Standard Application for CCW License

### Section 7 – Investigator's Interview Notes – (continued)

2.  Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ? No ✗ Yes _____ (If yes, explain):

_____

_____

3.  Are you now, or have you ever been, addcited to a controlled substance or alcohol, or have you ever utilized an illgal controlled substance, or have you ever reported to a detoxification or drug treatment program? No ✗ Yes _____ (If yes, explain):

_____

_____

4.  Have you ever been involved in an incident involving firearms? No ✗ Yes _____ (If yes, explain):

_____

_____

_____

5.  Have you been involved in a domestic violence incident? No ✗ Yes _____ (If yes, explain):

_____

_____

6.  List any arrests or formal charges, with or without disposition, for any criminal offenses with the U.S. or any other country (civilian or military).

_____

_____

_____

-12-

State of California, Department of Justice
## Standard Application for CCW License

### Section 7 – Investigator's Interview Notes – (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license.  For example, has your life or property been threatened or jeopardized?  Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant desiring a CCW License (use additional sheets if needed).

I desire a CCW permit so that I may possess a conceded handgun on my person to protect myself, my family, my property and my friends in my home, my vehicle, my RV, while camping, while hunting, while performing various other activities such as carrying large sums of cash associated with my job.

Specifically, I have concern for the safety of myself and family in my home because in 1999 my home was broken into in broad daylight and my daughter came home while the burgulars were still in the home.

-13-

State of California, Department of Justice
## Standard Application for CCW License

### Section 8 – Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

_____     9/26/09
Applicant Signature                          Date

_____     _____
Witness Signature / Badge Number             Date

-14-



# Attachments

State of California, Department of Justice
## Standard Application for CCW License

### *Attachment 1*

## CALIFORNIA PROHIBITING CATEGORIES FOR A CCW LICENSE
## As of January, 1999

- Persons convicted of a felony, or any offense enumerated in section 12021.1 of the Penal Code (PC).

- Persons addicted to the use of narcotics.

- Persons denied firearm possession as a condition of probation pursuant to PC section 12021(d).

- Persons convicted of a specified misdemeanor pursuant to PC section 12021(c)(1) are prohibited from purchasing or possessing firearms for 10 years (see Attachment 2).

- Juveniles adjudged wards of the juvenile court because they committed a 707(b) Welfare and Institutions Code (WIC) offense, an offense described in PC section 1203.073(b) or any offense enumerated in PC section 12021 (c)(!) are prohibited until they reach age 30.

- Persons who are subject to a protective order as defined in section 6218 of the Family Code, or a temporary restraining order or injunction issued pursuant to sections 527.6 or 527.8 of the Code of Civil Procedure.

- Persons found by a court to be a danger to others because of mental illness.

- Persons found by a court to be mentally incompetent to stand trial.

- Persons found by a court to be not guilty by reason of insanity.

- Persons adjudicated to be a mentally disordered sex offender.

- Persons placed on a conservatorship because they are gravely disabled as a result of a mental disorder or impairment by chronic alcoholism

- Persons who communicate a threat to a licensed psychotherapist, against a reasonably identifiable victim, and the psychotherapist reports to law enforcement pursuant to WIC section 8100(b), are prohibited from purchasing or possessing a firearm for 6 months.

- Persons in a mental health facility certified pursuant to WIC sections 5250, 5260, and 5270.15 are prohibited from possessing or purchasing or attempting to purchase firearms for 5 years.

- Persons who are voluntary patients in a mental facility who are determined to be a danger to self or others are prohibited from purchasing or possessing a firearm between admission and discharge.

- Persons under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year.

-16-

State of California, Department of Justice
# Standard Application for CCW License

## *Attachment 2*

# CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

**Pursuant to Penal Code (PC) section 12021(c)(1), any person who has been convicted of a misdemeanor violation for any of the following offenses is prohibited from owning, possessing, or having under his or her custody or control any firearms within 10 years of the conviction:**

- Threatening public officers, employees and school officials (PC section 71).
- Threatening certain public officials, appointees, judges, staff or their families with the intent and apparent ability to carry out the threat (PC section 76).
- Possessing a deadly weapon with the intent to intimidate a witness (PC section 136.5).
- Threatening witnesses, victims, or informants (PC section 140).
- Attempting to remove or take a firearm from the person or immediate presence of a public or peace officer (PC section 148(d)).

- Unauthorized possession of a weapon in a courtroom, courthouse or court building, or at a public meeting (PC section 171(b)).
- Bringing into or possessing a loaded firearm within the state capitol, legislative offices, etc. (PC section 171c).
- Taking into or possessing loaded firearms within the Governor's Mansion or residence of other constitutional officers, etc. (PC section 171(d)).
- Supplying, selling or giving possession of a firearm to a person for participation in criminal street gangs (PC section 186.28).
- Assault (PC sections 240, 241)

- Battery (PC sections 242, 243).
- Assault with a stun gun or Taber weapon (PC section 244.5).
- Assault with deadly weapon or force likely to produce great bodily injury (PC section 245).
- Assault with a deadly weapon or instrument, by any means likely to produce great bodily injury or with a stun gun or Taber on a school employee engaged in performance of duties (PC section 245.5).
- Shooting at an inhabited or occupied dwelling house, building, vehicle, aircraft, horsecart or camper (PC section 246).

- Discharging a firearm in a grossly negligent manner (PC section 246.3).
- Shooting at an unoccupied aircraft, motor vehicle, or uninhabited building or dwelling house (PC section 247)
- Inflicting corporal injury on a spouse or significant other (PC section 273.5).
- Willfully violating a domestic protective order (PC section 273.6).

-17-

State of California, Department of Justice
# Standard Application for CCW License

## *Attachment 2 (Continued)*

## CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

- Drawing, exhibiting, or using any deadly weapon other than a firearm (PC sections 417(a)(1), 417(a)(2)).
- Brandishing a firearm in presence of a peace officer (PC section 417.1 – repealed by stats. 1998).
- Drawing or exhibiting, selling, manufacturing, or distributing firearm replicas or imitations (PC section 417.2).
- Inflicting serious bodily injury as a result of brandishing (PC section 417.6).
- Bringing into or possessing firearms upon or within public schools and grounds (PC section 626.9).
- Stalking (PC section 646.9).

- Armed criminal action (PC section 12023).
- Possessing a deadly weapon with intent to commit an assault (PC section 12024).
- Driver or any vehicle who knowingly permits another person to discharge a firearm from the vehicle or any person who will fully and maliciously discharges a firearm from a motor vehicle (PC sections 12034(b), 12034(d)).
- Criminal possession of a firearm (PC section 12040).
- Firearms dealer who sells or transfers or gives possession of any firearm to a minor or a handgun to a person under the age of 21 (PC section 12072(b)).

- Various violations involving sales and transfers of firearms (PC section 12072(g)(3)).
- Person or corporation who sells any concealable firearm to any minor (PC section 12100(a) – repealed by stats. 1994).
- Unauthorized possession/transportation of a machine gun (PC section 12220).
- Possession of ammunition designed to penetrate metal or armor (PC section 12320).
- Carrying a concealed or loaded firearm or other deadly weapon or wearing a peace officer uniform, while picketing (PC section 12590).

- Bringing firearm related contraband into juvenile hall (WIC section 871.5).
- Bringing firearm related contraband into a youth authority institution (WIC section 1001.5).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person receiving in-patient treatment for a mental disorder, or by a person who has communicated to a licensed psychotherapist a serious threat of physical violence against an identifiable victim (WIC section 8100).
- Providing a firearm or deadly weapon to a person described in WIC sections 8100 or 8103 (WIC section 8101).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person who has been adjudicated to be a mentally disordered sex offender or found to be mentally incompetent to stand trial, or not guilty by reason of insanity, and individuals placed under a conservatorship (WIC section 8103).

-18-

State of California, Department of Justice
# Standard Application for CCW License

## *Attachment 3*

## FEDERAL PROHIBITING CATEGORIES FOR POSSESSING FIREARMS
### Gun Control Act of 1968, Title 18 U.S.C. Chapter 44
### As of January, 1999

**Pursuant to Section 922, any person listed below is prohibited from possessing, shipping, transporting, or receiving any firearm, who:**

- Has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

- Is a fugitive from justice.

- Is an unlawful user of or addicted to any controlled substance.

- Has been adjudicated as a mental defective or committed to a mental institution.

- Is an alien illegally or unlawfully in the United States.

- Has been discharged from the Armed Forces under dishonorable conditions.

- Having been a citizen of the United States, has renounced U.S. citizenship.

- Is subject to a court order that restrains the person from harassing, stalking, or threatening an intimate partner or child of such intimate partner.

- Has been convicted in any court of a misdemeanor crime of domestic violence.

- Is under indictment for a crime punishable by imprisonment for a term exceeding one year.

- Has an out-of-state prohibitive criminal history.

- Has a prior denial on a previous National Instant Criminal Background Check System (NICS) inquiry.

-19-

# California Department of Justice



# STANDARD APPLICATION
# FOR LICENSE TO CARRY
# A CONCEALED WEAPON (CCW)

BCIA 4012 (6/99)

**California Department of Justice**
# STANDARD APPLICATION
### for
# LICENSE TO CARRY A CONCEALED WEAPON (CCW)

## Authority

California Penal Code (PC) sections 12050 through 12054 provide that a sheriff of a county or the chief or other head of a municipal police department of any city or city and county may issue a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (CCW license). PC section 12051(a)(3)(A) requires the Attorney General to prescribe a statewide standard application form for a CCW license.

## Who May Be Issued a License

The licensing authority specified in PC section 12050(a)(1) (a sheriff or head of a municipal police department) may issue a license to persons who are of good moral character, who have completed a course of training, and where good cause exists for issuance of the CCW license. All applications for a CCW will be fingerprinted and state records will be checked to determine if they are in a prohibiting class. Attachments 1, 2, and 3 (following page 14 of this application) list all categories that would cause a person to be in a class prohibiting them from possessing firearms and being granted a CCW license. These attachments are updated annually to reflect new legislation and other changes in the law.

## Format of CCW License

A CCW license may be issued in either of the following formats:

1.  A license to carry concealed, a pistol, revolver, or other firearm capable of being concealed upon the person.
2.  Where the population of the county is less than 200,000 persons according to the most recent federal decennial census, a license to carry loaded and exposed in that county a pistol, revolver, or other firearm capable of being concealed upon the person

## Training Required

PC section 12050(a)(1)(B) and (E) specifies that new license applicants must complete a course of training. The training may consist of any course acceptable to the licensing authority. The licensing authority may require either a course not to exceed 16 hours which includes instruction on at least firearms safety and the law regarding the permissible use of a firearm or a community college course not to exceed 24 hours certified by the Commission on Peace Officer Standards and Training. If the licensing authority requires the community college course, it must be uniformly required for all CCW license applicants. The licensing authority may also require annual qualification on the weapon(s) during the term for which the CCW license is granted.

For license renewal applicants, the course of training may be any course acceptable to the licensing authority, shall be no less than four hours in length, and shall include instruction on at least firearm safety and the law regarding permissible use of a firearm

State of California, Department of Justice

# Standard Application for CCW License

## Psychological Testing

In addition to licensing requirements as specified by the licensing authority, jurisdictions may require psychological testing on the initial application. If required, the applicant shall be referred to a licensed psychologist used by the licensing authority for the psychological testing of its own employees. Any fees charged will be the responsibility of the applicant and such fees shall not exceed $150.00 for an initial test. Additional psychological testing of an applicant seeking license renewal shall be required only if there is compelling evidence to indicate that a test is necessary (PC section 12054(c)).

## Completing the Application

Answering all the questions on this standard application does not guarantee the issuance of a CCW license. The determination whether or not to issue the license is the prerogative of the licensing authority. Each licensing authority, in addition to using the state standard application form, will have a written policy summarizing what they require pursuant to PC section 12050(1)(1)(A) and (B). Prior to issuing a CCW, the statutes require proof that:

- The applicant is of good moral character,
- Good cause exists to issue the CCW license,
- The applicant meets residence requirements, and
- The course of training prescribed by the licensing authority has been completed.

The application on the following pages sets forth standardized questions to be used by the CCW licensing authority to determine whether a CCW license shall be issued. The applicant shall not be required to complete any additional application or form for a CCW license, or to provide any information other than that necessary to complete this standard application form except to clarify or interpret information provided herein (PC section 12051(a)(3)(C)).

The applicant will certify that all answers provided are true and correct to the best of their knowledge and belief under penalty of perjury. The applicant will also acknowledge that information disclosed on this application may be subject to public disclosure.

### *Important Instructions*

- **Fill out, read, and sign Sections 1 through 5, as directed. Use additional pages if more space is required.**

- **Sections 6, 7, and 8 must be completed in the presence of an official of the licensing agency.**

- **Review Section 7 and be prepared to answer these questions orally. Do not write anything in Section 7 unless specifically directed to do so by the licensing agency.**

Section 1 – Applicant Personal Information ........................................................................................................3
Section 2 – Applicant Clearance Questions .......................................................................................................3
Section 3 – Description of Weapon(s) .................................................................................................................5
Section 4 – CCW License Conditions and Restrictions ......................................................................................6
Section 5 – Applicable California Penal Code Sections.......................................................................................7
Section 6 – Agreement to Restrictions and to Hold Harmless ..........................................................................10
Section 7 – Investigator's Interview Notes ........................................................................................................11
Section 8 – Certification and Release of Information .........................................................................................14

Attachment 1 – California Prohibiting Categories for a CCW License ...............................................................16
Attachment 2 – California Prohibiting Misdemeanors .......................................................................................17
Attachment 3 – Federal Prohibiting Categories for Possessing Firearms .........................................................19

-2-

State of California, Department of Justice
# Standard Application for CCW License

| Official Use Only – Type of Permit Requested |
| --- |
| ( ) Standard          ( ) Judge |
| ( ) Reserve Officer   ( ) 90 Day |

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application.  I understand that all of the information disclosed by me in this application may be subject to public disclosure.

_Thomas C Jacobs_                                    Date _9/27/09_
Applicant Signature

_____                     _____
Witness Signature / Badge Number                     Date

## Section 1 – Applicant Personal Information

Name: _Jacobs_          _Thomas_          _C_
        Last              First              Middle

If Applicable
Maiden Name or other Name(s) Used:_____

City and County
of Residence: _San Jose, Santa Clara_     Country of Citizenship: _U.S.A._

Date of Birth: _▇▇▇▇ 51_     Place of Birth: _Vallejo_ , _Solano_     _CA_
                                            City        County        State

Height: _6' 3"_     Weight: _210_     Color Eyes: _Brwn_     Color Hair: _Brown_

## Section 2 – Applicant Clearance Questions

1.  **Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?**
    No _X_ Yes_____  (If yes, please indicate below.  Use additional pages if necessary.)

Issuing Agency_____  Issue Date_____  CCW#_____

2.  **Have you ever applied for and been denied a license to carry a concealed weapon?**
    No _X_ Yes_____  (If yes, give agency name, date and reason for denial.)

_____

_____

-3-

State of California, Department of Justice

# Standard Application for CCW License

## Section 2 – Applicant Clearance Questions – (continued)

3.   Have you ever held and subsequently renounced your United States citizenship?
No_X_Yes_____ (If yes, explain):

_____

4.   If you served with the Armed Forces, were you ever convicted of any charges or was

your discharge other than honorable?  No_X_ Yes_____ (If yes, explain):

_____

_____

5.   Are you now, or have you been a party to a lawsuit in the last five years?

No_X_Yes_____ (If yes, explain):

_____

_____

_____

_____

6.   Are you now, or have you been, under a restraining order(s) from any court?

No_X_Yes_____ (If yes, explain):

_____

_____

7.   Are you on probation or parole from any state for conviction of any offense including

traffic?  No_X_Yes_____ (If yes, explain):

_____

_____

State of California, Department of Justice
## Standard Application for CCW License

## Section 2 – Applicant Clearance Questions – (continued)

8. **List all traffic violations (moving violations only) and motor vehicle accidents you have had in the last five years. (Use additional pages if necessary.)**

| Date | Violation / Accident | Agency / Citation # |
|------|----------------------|---------------------|
|      |                      |                     |
|      |                      |                     |
|      |                      |                     |
|      |                      |                     |

9. **Have you ever been convicted for any criminal offense (civilian or military) in the U.S. or any other country?**

    No _X_ Yes_____ (If yes, explain including date, agency, charges, and disposition.)

10. **Have you witheld any fact that might affect the decision to approve this license?**

    No _X_ Yes_____ (If yes, explain):

## Section 3 – Descriptions of Weapons:

List below the weapons you desire to carry if granted a CCW. You may carry concealed only the weapon(s) which you list and describe herein, and only for the purpose indicated. Any misuse will cause an automatic revocation and possible arrest. (Use additional pages if necessary.)

| | Make | Model | Caliber | Serial No. |
|---|------|-------|---------|------------|
| 1. | Ruger | P94 | 9 mm | 308528828 |
| 2. | Ruger | P90 | 45 ACP | 66176638 |
| 3. |  |  |  |  |

-5-

State of California, Department of Justice
# Standard Application for CCW License

## Section 4 – CCW License Conditions and Restrictions

The licensee is responsible for all liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit, or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

The licensee authorizes the licensing agency to investigate, as they deem necessary, the licensee's record and character to ascertain any and all information which may concern his/her qualifications and justification to be issued a license to carry a concealed weapon and release said agency of any and all liability arising out of such investigation.

While exercising the privileges granted to the licensee under the terms of this license, the licensee shall not, when carrying a concealed weapon:
- Consume any alcoholic beverage.
- Be in a place having a primary purpose of dispensing alcoholic beverages for on-site consumption.
- Be under the influence of any medication or drug, whether prescribed or not.
- Refuse to show the license or surrender the concealed weapon to any peace officer upon demand.
- Impede any peace officer in the performance of his/her duties.
- Present himself/herself as a peace officer to any person unless he/she is, in fact, a peace officer as defined by California law.
- Unjustifiably display a concealed weapon.
- Carry a concealed weapon not listed on the permit.
- Carry a concealed weapon at times or circumstances other than those specified in the permit.

Pursuant to U.S. Government Code – Title 49, Chapter 26, Section 1472(1) and Federal Aviation Regulation 121.583, a license to carry a concealed weapon does not authorize a person to carry a firearm, tear gas, or any dangerous weapon aboard commercial airlines. Further, a person must declare that he/she is carrying such firearm, tear gas, or dangerous weapon BEFORE entering the boarding area of an air terminal where the security checks are made. Such violation can result in arrest by law enforcement.

Any violation of these restrictions or conditions may invalidate the CCW license and may void any further use of the license until reinstated by the licensing authority. Any arrest for a felony or serious misdemeanor, including driving under the influence of alcohol and/or drugs, is cause for invalidating the license.

State of California, Department of Justice
# Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections

**The following Penal Code sections are of special importance to the holder of a CCW license regarding the use, carrying, and storage of firearms:**

### Penal Code Section 12051 – Applications for CCW Licenses; False Statements

(b) Any person who files an application required by subdivision (a) knowing that statements contained therein are false is guilty of a misdemeanor.

(c) Any person who knowingly makes a false statement on the application regarding any of the following shall be guilty of a felony:

(1) The denial or revocation of a license, or the denial of an amendment to a license, issued pursuant to Section 12050.

(2) A criminal conviction.

(3) A finding of not guilty by reason of insanity.

(4) The use of a controlled substance.

(5) A dishonorable discharge from military service.

(6) A commitment to a mental institution.

(7) A renunciation of United States citizenship.

### Penal Code Section 192 – Manslaughter

Manslaughter is the unlawful killing of a human being without malice.

(a) Voluntary – upon a sudden quarrel or heat of passion.

(b) Involuntary – in the commission of an unlawful act, not amounting to a felony; or in the commission of a lawful act which might produce death, in an unlawful manner, or without due caution and circumspection; provided that this subdivision shall not apply to acts committed in the driving of a vehicle.

### Penal Code Section 197 – Justifiable Homicide; Any Person

Homicide is justifiable when committed by any person in any of the following cases:

1. When resisting any attempt to murder any person, or to commit a felony, or to do some great bodily injury upon any person; or,

2. When committed in defense of habitation, property, or person, against one who manifestly intends or endeavors, by violence or surprise, to commit a felony, or against one who manifestly intends and endeavors, in a violent, riotous or tumultuous manner, to enter the habitation of another for the purpose of offering violence to any person therein; or,

3. When committed in the lawful defense of such person, or of a wife or husband, parent, child, master, mistress, or servant of such person, when there is reasonable ground to apprehend a design to commit a felony or to do some great bodily injury, and imminent danger of such design being accomplished; but such person, or the person in whose behalf the defense was made, if he was the assailant or engaged in mutual combat, must really and in good faith have endeavored to decline any further struggle before the homicide was committed; or,

4. When necessarily committed in attempting, by lawful ways and means, to apprehend any person for any felony committed, or in lawfully suppressing any riot, or in lawfully keeping and preserving the peace.

State of California, Department of Justice

# Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections – (continued)

### Penal Code Section 198 – Justifiable Homicide; Sufficiency of Fear (Limitation of Self-defense of Property Rule)

A bare fear of the commission of any of the offenses mentioned in subdivisions 2 and 3 of Section 197, to prevent which homicide may be lawfully committed, is not sufficient to justify it. But the circumstances must be sufficient to excite the fears of a reasonable person, and the party killing must have acted under the influence of such fears alone.

### Penal Code Section 199 – Justifiable and Excusable Homicide; Discharge of Defendant

The homicide appearing to be justifiable or excusable, the person indicted must, upon his trial, be fully acquitted and discharged.

### Penal Code Section 12035 – Storage of Firearms Accessible to Children

(a) As used in this section, the following definitions shall apply:
   (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.
   (2) "Child" means a person under the age of 16 years.
   (3) "Off-premises" means premises other than the premises where the firearm was stored.
   (4) "Locked container" has the same meaning as set for the in subdivision (d) of Section 12026.2.
(b) (1) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the first degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes death or great bodily injury to himself, herself, or any other person.
   (2) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the second degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes injury, other than great bodily injury, to himself, herself, or any other person, or carries the firearm either to a public place or in violation of Section 417.
(c) Subdivision (b) shall not apply whenever any of the following occurs:
   (1) The child obtains the firearm as a result of an illegal entry to any premises by any person.
   (2) The firearm is kept in a locked container or in a location that a reasonable person would believe to be secure.
   (3) The firearm is carried on the person or within such a close proximity thereto so that the individual can readily retrieve and use the firearm as if carried on the person.
   (4) The firearm is locked with a locking device that has rendered the firearm inoperable.
   (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the firearm during, or incidental to, the performance of the person's duties.
   (6) The child obtains, or obtains and discharges, the firearm in a lawful act of self-defense or defense of another person, or persons.
   (7) The person who keeps a loaded firearm on any premise which is under his or her custody or control has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premise.

-8-

State of California, Department of Justice

# Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections – (continued)

### Penal Code Section 12036 – Firearms Accessed by Children and Carried Off-premises

(a) As used in this section, the following definitions shall apply:

   (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.

   (2) "Child" means a person under the age of 16 years.

   (3) "Off-premises" means premises other than the premises where the firearm was stored.

   (4) "Locked container" has the same meaning as set forth in subdivision (d) of Section 12026.2.

(b) A person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person, loaded or unloaded, within any premise that is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to that firearm without the permission of the child's parent or legal guardian and the child obtains access to that firearm and thereafter carries that firearm off-premises, shall be punished by imprisonment in a county jail not exceeding one year, by a fine not exceeding one thousand dollars ($1,000), or by both that imprisonment and fine.

(c) A pistol, revolver, or other firearm capable of being concealed upon the person that a child gains access to and carries off-premises in violation of this Section shall be deemed "used in the commission of any misdemeanor as provided in this code or any felony" for the purpose of subdivision (b) of Section 12028 regarding the authority to confiscate firearms and other deadly weapons as a nuisance.

(d) This Section shall not apply if one of the following circumstances exists:

   (1) The child obtains the pistol, revolver, or other firearm capable of being concealed upon the person as a result of an illegal entry into any premises by any person.

   (2) The pistol, revolver, or other firearm capable of being concealed upon the person is kept in a locked container or in a location that a reasonable person would believe to be secure.

   (3) The pistol, revolver, or other firearm capable of being concealed upon the person is locked with a locking device that has rendered the firearm inoperable.

   (4) The pistol, revolver, or other firearm capable of being concealed upon the person is carried on the person within such a close range that the individual can readily retrieve and use the firearm as if carried on the person.

   (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the pistol, revolver, or other firearm capable of being concealed upon the person during, or incidental to, the performance of the person's duties.

   (6) The child obtains, or obtains and discharges, the pistol, revolver, or other firearm capable of being concealed upon the person in a lawful act of self-defense or defense of another person or persons.

   (7) The person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premises.

-9-

**State of California, Department of Justice**
## Standard Application for CCW License

### Section 6 – Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 – California Prohibiting Categories for a CCW License, Attachment 2 – California Prohibiting Misdemeanors, and Attachment 3 – Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

**Applicant Signature**  _____

**Date** 10/4/09

**Witness Signature / Badge Number** _____

**Date** _____

-10-

**State of California, Department of Justice**
## Standard Application for CCW License

### Section 6 – Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 – California Prohibiting Categories for a CCW License, Attachment 2 – California Prohibiting Misdemeanors, and Attachment 3 – Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

_____          _____
**Applicant Signature**                                                    **Date**


_____          _____
**Witness Signature / Badge Number**                                       **Date**

-10-

State of California, Department of Justice
# Standard Application for CCW License

## Section 7 – Investigator's Interview Notes

Applicant
Name:_____
        Last                First           Middle

Date of Birth:_____     Age_____

Social Security No.:_____

California DL/ID No.:_____

Driver's License Restrictions:_____

Residence Address:

_____
Number       Street              Apt.     City     State     Zip

Mailing address (if different):

_____
Number       Street              Apt.     City     State     Zip

Home / Personal Phone Numbers: (_____)_____

Spouse's Name and Address:_____

_____

Applicant Occupation:_____

Business / Employer Name:_____

Business Phone Number: : (_____)_____

Business Address:

_____
Number       Street              Apt.     City     State     Zip

1.  List all previous home addresses for the past five years.

_____

_____

_____

State of California, Department of Justice
## Standard Application for CCW License

### Section 7 – Investigator's Interview Notes – (continued)

2. Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ?  No_____Yes_____ (If yes, explain):

_____

_____

3. Are you now, or have you ever been, addcited to a controlled substance or alcohol, or have you ever utilized an illgal controlled substance, or have you ever reported to a detoxification or drug treatment program?  No_____Yes_____ (If yes, explain):

_____

_____

4. Have you ever been involved in an incident involving firearms? No_____Yes_____ (If yes, explain):

_____

_____

_____

5. Have you been involved in a domestic violence incident? No_____Yes_____ (If yes, explain):

_____

_____

6. List any arrests or formal charges, with or without disposition, for any criminal offenses with the U.S. or any other country (civilian or military).

_____

_____

_____

-12-

State of California, Department of Justice
## Standard Application for CCW License

**Section 7 – Investigator's Interview Notes – (continued)**

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license.  For example, has your life or property been threatened or jeopardized?  Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant desiring a CCW License (use additional sheets if needed).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-13-

State of California, Department of Justice
## Standard Application for CCW License

### Section 8 – Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

**Applicant Signature**                                             **Date**

**Witness Signature / Badge Number**                               **Date**

-14-



# Attachments

State of California, Department of Justice
## Standard Application for CCW License

### *Attachment 1*

## CALIFORNIA PROHIBITING CATEGORIES FOR A CCW LICENSE
## As of January, 1999

- Persons convicted of a felony, or any offense enumerated in section 12021.1 of the Penal Code (PC).

- Persons addicted to the use of narcotics.

- Persons denied firearm possession as a condition of probation pursuant to PC section 12021(d).

- Persons convicted of a specified misdemeanor pursuant to PC section 12021(c)(1) are prohibited from purchasing or possessing firearms for 10 years (see Attachment 2).

- Juveniles adjudged wards of the juvenile court because they committed a 707(b) Welfare and Institutions Code (WIC) offense, an offense described in PC section 1203.073(b) or any offense enumerated in PC section 12021 (c)(!) are prohibited until they reach age 30.

- Persons who are subject to a protective order as defined in section 6218 of the Family Code, or a temporary restraining order or injunction issued pursuant to sections 527.6 or 527.8 of the Code of Civil Procedure.

- Persons found by a court to be a danger to others because of mental illness.

- Persons found by a court to be mentally incompetent to stand trial.

- Persons found by a court to be not guilty by reason of insanity.

- Persons adjudicated to be a mentally disordered sex offender.

- Persons placed on a conservatorship because they are gravely disabled as a result of a mental disorder or impairment by chronic alcoholism

- Persons who communicate a threat to a licensed psychotherapist, against a reasonably identifiable victim, and the psychotherapist reports to law enforcement pursuant to WIC section 8100(b), are prohibited from purchasing or possessing a firearm for 6 months.

- Persons in a mental health facility certified pursuant to WIC sections 5250, 5260, and 5270.15 are prohibited from possessing or purchasing or attempting to purchase firearms for 5 years.

- Persons who are voluntary patients in a mental facility who are determined to be a danger to self or others are prohibited from purchasing or possessing a firearm between admission and discharge.

- Persons under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year.

-16-

State of California, Department of Justice

# Standard Application for CCW License

## *Attachment 2*

# CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

**Pursuant to Penal Code (PC) section 12021(c)(1), any person who has been convicted of a misdemeanor violation for any of the following offenses is prohibited from owning, possessing, or having under his or her custody or control any firearms within 10 years of the conviction:**

- Threatening public officers, employees and school officials (PC section 71).
- Threatening certain public officials, appointees, judges, staff or their families with the intent and apparent ability to carry out the threat (PC section 76).
- Possessing a deadly weapon with the intent to intimidate a witness (PC section 136.5).
- Threatening witnesses, victims, or informants (PC section 140).
- Attempting to remove or take a firearm from the person or immediate presence of a public or peace officer (PC section 148(d)).

- Unauthorized possession of a weapon in a courtroom, courthouse or court building, or at a public meeting (PC section 171(b)).
- Bringing into or possessing a loaded firearm within the state capitol, legislative offices, etc. (PC section 171c).
- Taking into or possessing loaded firearms within the Governor's Mansion or residence of other constitutional officers, etc. (PC section 171(d)).
- Supplying, selling or giving possession of a firearm to a person for participation in criminal street gangs (PC section 186.28).
- Assault (PC sections 240, 241)

- Battery (PC sections 242, 243).
- Assault with a stun gun or Taber weapon (PC section 244.5)
- Assault with deadly weapon or force likely to produce great bodily injury (PC section 245).
- Assault with a deadly weapon or instrument, by any means likely to produce great bodily injury or with a stun gun or Taber on a school employee engaged in performance of duties (PC section 245.5).
- Shooting at an inhabited or occupied dwelling house, building, vehicle, aircraft, horsecart or camper (PC section 246).

- Discharging a firearm in a grossly negligent manner (PC section 246.3)
- Shooting at an unoccupied aircraft, motor vehicle, or uninhabited building or dwelling house (PC section 247)
- Inflicting corporal injury on a spouse or significant other (PC section 273.5).
- Willfully violating a domestic protective order (PC section 273.6).

-17-

State of California, Department of Justice
## Standard Application for CCW License

### *Attachment 2 (Continued)*

## CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

- Drawing, exhibiting, or using any deadly weapon other than a firearm (PC sections 417(a)(1), 417(a)(2)).
- Brandishing a firearm in presence of a peace officer (PC section 417.1 – repealed by stats. 1998).
- Drawing or exhibiting, selling, manufacturing, or distributing firearm replicas or imitations (PC section 417.2).
- Inflicting serious bodily injury as a result of brandishing (PC section 417.6).
- Bringing into or possessing firearms upon or within public schools and grounds (PC section 626.9).
- Stalking (PC section 646.9).

- Armed criminal action (PC section 12023).
- Possessing a deadly weapon with intent to commit an assault (PC section 12024).
- Driver or any vehicle who knowingly permits another person to discharge a firearm from the vehicle or any person who will fully and maliciously discharges a firearm from a motor vehicle (PC sections 12034(b), 12034(d)).
- Criminal possession of a firearm (PC section 12040).
- Firearms dealer who sells or transfers or gives possession of any firearm to a minor or a handgun to a person under the age of 21 (PC section 12072(b)).

- Various violations involving sales and transfers of firearms (PC section 12072(g)(3)).
- Person or corporation who sells any concealable firearm to any minor (PC section 12100(a) – repealed by stats. 1994).
- Unauthorized possession/transportation of a machine gun (PC section 12220).
- Possession of ammunition designed to penetrate metal or armor (PC section 12320).
- Carrying a concealed or loaded firearm or other deadly weapon or wearing a peace officer uniform, while picketing (PC section 12590).

- Bringing firearm related contraband into juvenile hall (WIC section 871.5).
- Bringing firearm related contraband into a youth authority institution (WIC section 1001.5).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person receiving in-patient treatment for a mental disorder, or by a person who has communicated to a licensed psychotherapist a serious threat of physical violence against an identifiable victim (WIC section 8100).
- Providing a firearm or deadly weapon to a person described in WIC sections 8100 or 8103 (WIC section 8101).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person who has been adjudicated to be a mentally disordered sex offender or found to be mentally incompetent to stand trial, or not guilty by reason of insanity, and individuals placed under a conservatorship (WIC section 8103).

–18–

State of California, Department of Justice

## Standard Application for CCW License

### *Attachment 3*

## FEDERAL PROHIBITING CATEGORIES FOR POSSESSING FIREARMS
### Gun Control Act of 1968, Title 18 U.S.C. Chapter 44
### As of January, 1999

**Pursuant to Section 922, any person listed below is prohibited from possessing, shipping, transporting, or receiving any firearm, who:**

- Has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

- Is a fugitive from justice.

- Is an unlawful user of or addicted to any controlled substance.

- Has been adjudicated as a mental defective or committed to a mental institution.

- Is an alien illegally or unlawfully in the United States.

- Has been discharged from the Armed Forces under dishonorable conditions.

- Having been a citizen of the United States, has renounced U.S. citizenship.

- Is subject to a court order that restrains the person from harassing, stalking, or threatening an intimate partner or child of such intimate partner.

- Has been convicted in any court of a misdemeanor crime of domestic violence.

- Is under indictment for a crime punishable by imprisonment for a term exceeding one year.

- Has an out-of-state prohibitive criminal history.

- Has a prior denial on a previous National Instant Criminal Background Check System (NICS) inquiry.

-19-

# THE LAW OFFICES OF GARY W. GORSKI

**1207 Front Street, Suite 15**
**Sacramento, CA  95814**
**Tel. (916) 965-6800**
**E-mail: usrugby@pacbell.net**

**\*Admitted in California and Pennsylvania.**

September 29, 2009

Santa Clara County Office of the Sheriff
Sheriff Laurie Smith
55 West Younger Avenue
San Jose, CA  95110
Tel. (408) 808-4900
Fax (408) 283-0562

San Jose Police Department
Chief Rob Davis
201 W. Mission Street
San Jose, CA 95110
Tel. (408) 277-8900

> **RE:** **Public Records Request and Demand for Interview with an**
> **Investigator to Complete Sections 6, 7, and 8 of the California**
> **Department of Justice Standard Application for License to Carry a**
> **Concealed Weapon (CCW).**

Dear Sheriff Smith and Chief Davis:

I have been retained by Mr. Thomas Jacobs. Mr. Jacobs is a longtime resident of Santa Clara County and the City of San Jose. Mr. Jacobs has been attempting to contact someone within your respective offices for quite some time concerning the issuance process for CCW permits in Santa Clara County and the City of San Jose.

As I am sure you are aware, California Penal Code section 12050(a)(1)(B) provides a sheriff and/or chief of police of a municipal police department with the authority to issue a "license to carry a pistol, revolver, or other firearm capable of being concealed upon the person..." However, to date, Mr. Jacobs has been unsuccessful in obtaining any information regarding the issuance process for CCW permits.

As far as he and I can tell, there is no published policy on either the Police Department or Sheriffs Office website concerning the CCW application process. Further, each and every time Mr. Jacobs or myself have called either office in an attempt to obtain

information we have been placed on hold for an indefinite period of time with no response.

This letter constitutes a formal request for the following pursuant to the Public Records Act:

1.) Please provide a DOJ CCW application;

2.) Please provide a list of all current and past CCW permit holders since your tenure in office, inclusive of all good cause data relied upon for issuance;

3.) Please provide a copy of your written CCW permit issuance policy;

4.) If your department defers to the other for the processing of CCW applications, please provide that policy or letter/memorandum of understanding.

In addition to the above requests, please provide a date and time that my client can meet with your department to complete sections 6, 7, and 8 of the California Department of Justice Standard Application for License to Carry a Concealed Weapon (CCW), and have the application "witnessed" and "signed" by the investigator.

If you prefer, you can e-mail the information to me at usrugby@pacbell.net. If you choose this avenue, please copy my legal intern as well at craigcweaver@gmail.com. Otherwise, please mail the information to my office at 1207 Front Street, Suite 15, Sacramento, CA 95814.

If you have any questions regarding this request, I can be reached at (916) 965-6800. Thank you for your time and consideration. I look forward to an amicable resolution to this issue so we can both tend to other business.

Very Truly Yours,

THE LAW OFFICES OF GARY W. GORSKI

Gary W. Gorski
Attorney at Law

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                        TIME  : 10/06/2009 09:08
                        NAME  : GWGORSKI
                        FAX   : 9169656801
                        TEL   : 9169656800
                        SER.# : L8J814214
```

```
DATE,TIME           10/06  09:01
FAX NO./NAME        14082830562
DURATION            00:06:34
PAGE(S)             46
RESULT              OK
MODE                STANDARD
                    ECM
```

# FAX TRANSMISSION
## COVER SHEET

### LAW OFFICES OF GARY W. GORSKI
### 8549 NEPHI WAY
### FAIR OAKS, CALIFORNIA 95628
### TEL. (916) 965-6800 | FAX. (916) 965-6801

**TO:** Sheriff Laurie Smith          **DATE:** October 6, 2009
**FAX#:** 408-283-0562               **NO. PAGES:** 45
                                      (+ cover sheet)

**FROM:** Gary W. Gorski
**REPLY TO:** Gary W. Gorski
  **TEL:** 916-965-6800
  **FAX:** 916-965-6801
  **E-MAIL:** usrugby@pacbell.net
**SUBJECT:** CCW Permit Application for Thomas Jacobs

**Comments:**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "3"**

- 47 -

```
                    FOLSOM PO
                FOLSOM, California
                    956309998
                 0566760630 -0095
09/30/2009       (800)275-8777      02:05:51 PM

                  Sales Receipt
Product              Sale  Unit         Final
Description          Qty   Price        Price

Vacation / Hold Mail Pickup            $0.00
44c Purple      2     $0.44            $0.88
Heart PSA
SAN JOSE CA 95148                      $1.56
Zone-2 First-Class
Large Env
4.20 oz.
                                    ========
Issue PVI:                             $1.56


Total:                                 $2.44

Paid by:
Visa                                   $2.44
   Account #:           XXXXXXXXXXXXX7770
   Approval #:          00553D
   Transaction #:       207
   23 903440907

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000503164989
Clerk: 08

    All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business

              Customer Copy
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "4"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**

```
              METRO STATION
          SACRAMENTO, California
                958149998
             0566760814 -0095
10/06/2009    (800)275-8777   02:01:57 PM
```

```
              Sales Receipt
Product           Sale  Unit      Final
Description        Qty  Price      Price

SAN JOSE CA 95110                  $2.07
Zone-2 First-Class
Large Env
7.70 oz.
                               =========
  Issue PVI:                       $2.07

SAN JOSE CA 95110                  $2.07
Zone-2 First-Class
Large Env
7.90 oz.
                               =========
  Issue PVI:                       $2.07

                               ---------
Total:                             $4.14

Paid by:
Visa                               $4.14
  Account #:        XXXXXXXXXXXX7770
  Approval #:       00523C
  Transaction #:    263
  23 903441228
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000502426355
Clerk: 20

    All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business
*********************************************
*********************************************
         HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

       TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

         YOUR OPINION COUNTS
*********************************************
*********************************************


              Customer Copy

1

2

3

4

5

6

7

8

**Exhibit "5"**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**



| SJPD Home | Reporting Crime | Recruiting Join SJPD | Crime Stats. & Maps | Reports & Records | Community Outreach | Volunteer Opportunities |

SJPD » Records » Document Center

**Reports & Records**
Obtaining Reports & Records
Document Center
Fees

**Related Information**
Accident Reports - Get Copies
Document Center
Fees
File A Report Online
How to obtain Police reports and records
Permit Applications -Online Forms
Permits Unit Hours of Operation
Records Unit Hours of Operation

**Other Links**
SJPD History (18 MB PDF)


Get ADOBE® READER®

## Document Center

This table provides links to select on-line resources including informational documents and forms. Depending on your need or interest, these resources may be filled out on-line, or downloaded, printed, and mailed to the Department.

Check the **Fee Schedule** for a list of associated document production fees.

For contact information and mailing address, see SJPD Contact List.

| Forms and Documents | Purpose / Description |
|---|---|
| Police Clearance Letter - English | This letter is used for Visa and Imigration purposes. |
| Police Clearance Letter - Spanish | This letter is used for Visa and Imigration purposes. |
| Personal Inventory Police Property Loss Report | To keep as a record for insurance purposes or Police reports in the event of theft of property. |
| Public Records Act Requests Form (English) | |
| Public Records Act Requests Form (Vietnamese) | |
| Public Records Act Requests Form (Spanish) | |
| Police Report Request Only | Formal request for police reports (Traffic Accident Reports and Crime Reports) |

**Police Administrative Documents**

| | |
|---|---|
| Duty Manual 2008 (2MB PDF *) | San Jose Police Department - Policies, Rules, Procedures (Note: The Duty Manual is updated regularly. The most recent updates may not be included in the online version. ) |
| Pre-Processing Manual | Pre-Processing Center Standard Operating Procedures Manual |
| Pre-Processing manual Appendices | San Jose Police Department - Policies, Rules, Procedures - Appendices |
| Police Staffing Report | San Jose Police Department - Department Totals RECAP REPORT - As of September 30, 2007 |

**Frequently Requested Police Documents**

| | |
|---|---|
| Excited Delirium Protocol | SJPD Training Bulletin - "Management of Subjects in Excited Delirium" |
| Five Year Staffing Plan (3.35MB PDF) | Police Department's Proposed Five-Year Staffing Plan and Addendum |
| 2007 SJPD Force Response Report (286KB PDF) | The 2007 Force Response Report is attached to this memo |

| Permit Application Forms | Purpose |
|---|---|
| Current Permit Fee Schedule | Updated pricing details |
| Bingo Permit Application (English) | Permit application to operate a Bingo concession |
| Block Party Instructions and Permit Application (English) | Permit application to hold a block party |
| Canvasser Application | Permit application to engage in canvassing in San Jose |
| Close Out Sale Permit Application | Permit application to conduct a close out sale |
| Entertainment Business Application and | Information sheet and permit application for an |

| | |
|---|---|
| Ownership/Management License Questionnaire | Entertainment/ Ownership/Management licence |
| Event Promoter Application | Application for Event Promoter Permit. |
| Indemnification Agreement | Required when promotion of any event will be promoted under the event promoter permit exception, by an unpermitted event promoter. |
| Ice Cream Truck Application | Permit application to operate an Ice Cream Truck |
| Press Pass Application | Application for press pass and press vehicle identification. |
| Private Property Tow Application | Permit application to tow vehicles parked on private property. |
| Special Events Permit | Street closure/parade application - *Please call Secondary Employment Unit for an appointment at least 10 days prior to event: (408) 277-4980.* |
| Taxi Company Application | Apply for or renew a Taxi Company permit |
| Taxi Driver Application | Apply, renew or transfer a Taxi Driver permit |

San José Police Department, 201 W. Mission Street, San Jose, CA 95110 | General Information 408-277-8900 | Contact Us

Copyright © 2009, San Jose Police Department.
All Rights Reserved.

SJPD Home   Contact Us   City of San Jose   Terms of Use   FAQs |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "6"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**

2009 - 2010

| PERMIT | FEE | COMMENTS | TERM |
|---|---|---|---|
| **Bingo** | | | |
| General | $ 50 | New Clndr. year | |
| | $ 50 | Renewal & Location chng.Clndr. year | |
| Special | $ 40 | One day | Per event |
| **Block party** | | | |
| No Charge | $181 | New (Initial permit issued) | Per permit |
| | Renewal (if renewed within 1 year) | | |
| **Canvasser** | $ 66 | New & Renewal | 6 Months |
| **Cardroom** | | | |
| Owner | | Contact City Attorney | |
| Employee | $333 | New/Renewal/Rehire | *4 years |
| **Close-out sale** | $104 | New (2 renewals allowed) | 60 days |
| | $104 | Renew | 30 days |
| **Dance** | | | |
| Classes "A" & "C" | $486 | New | 1 year |
| | $367 | Renew | 1 year |
| Class "B" | $179 | | Per permit |
| **Entertainment** | | | |
| Business Permit | $1,057 | New and Renew | 2 years |
| Owner/Mgr Lic. | $1,057 | New and Renew | 2 years |
| I.D. Card | $ 45 | Owner/Mgr Lic | |
| **Firearm Dealer** | $537 | New/Renewal | 1 year |
| (If expired, good 1 yr. from original application date) | | | |
| **Funeral Escort** | | | |
| Vehicle operator | $388 | New | 2 years |
| | $149 | Renew | 2 years |
| Vehicle inspection | $ 75 | New & Renew | 2 years |

2009-2010

| PERMIT | FEE | COMMENTS | TERM |
|---|---|---|---|
| **Ice Cream Vendor** | | | |
| Business Permit | $224 | Includes Picture | 1 year |
| | $164 | Renew | |
| Employee License | $224 | Includes Picture | 1 year |
| | $164 | Renew | |
| Ice Cream Trk Insp | $ 90 | New/Renew | 2 years |
| **Massage Parlor (Including Off Premise)** | | | |
| Business Permit | $1,750 | New & Renew | 2 years |
| Owner/Mgr Lic | $ 284 | New & Renew | 2 years |
| Mass. Therapist | $ 194 | New & Renew | 1 year |
| ID Card | $ 45 | New & Renew | 1 year |
| *Suspended until further notice* | | | |
| Media Production | $566 | | Per permit |
| One-day Liquor | $134 | | Per permit |
| Parade | $284 | | Per permit |
| Paseo Use | $ 60 | | Per event |
| **Peddler** | | | |
| Approved Location | | | |
| New | $418 | | 1 year |
| | $149 | Renew | 1 year |
| ID Card | $ 45 | | |
| **Mobile** | | | |
| Business Permit | $149 | New/Renewal | 1 year |
| ID Card | $ 45 | | |
| Employee Lic. | $149 | New and Renew | 1 year |
| ID Card | $ 45 | | |

2009-2010

| PERMIT | FEE | COMMENTS | TERM |
|---|---|---|---|
| **Tow Business** | | | |
| Owner | $458 | New | 2 yrs. |
| | $149 | Renew | 2 yrs. |
| Driver | $164 | New | 2 Yrs |
| | $ 98 | Renew | 2 yrs. |
| **Private Prop. Tow** | $298 | Per Inspection | |
| **Non-Profit Organization Fundraiser** | $537 | | Per Event |
| **Event Promoter** | $1,057 | 2 Yrs | |

6/09 - SRA

| PERMIT | FEE | COMMENTS | TERM |
|---|---|---|---|
| **Peep Show** | $269 | New & Renew | 2 years |
| | $ 80 | Per machine | |
| **Pool & Billiards** | $456 | | 1 year |
| **Press Pass** | $ 45 | | Clndr. yr |
| **Replacement IDs** | $ 45 | | Each time |
| **SEU Fees** | $443 | New | Per year |
| | $443 | Renew | Per Year |
| | $ 35 | School/Public Entity | Per year |
| | $200 | Events 5 days or less | Per event |
| **Secondhand Dealer/Pawnbroker** | | | |
| State License Fees | | | |
| D.O.J. | $195.00 | | |
| D.O.J. Renewal | $ 10.00 | 2 years | |
| **Street Closure** | $284 | | Per permit |
| **Taxicab Company** | | | |
| Owner & Restricted Owner | $9,957 | | New 1 time |
| Restricted owner | $2,737 | | New 1 time |
| Taxi company renewal | $1,894 | | Yr |
| **Taxicab Inspection** | $ 98 | | Per Taxi |
| per re-inspection & missed inspection | | | |
| **Taxicab Driver** | $275 | New/Renewal/Transfer | 2 yrs. |
| **Taxacab Driver's Written Re-Test** | $149 | | Per retest |

**2009-2010**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "7"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief And Demand For Jury Trial**



Service. Community. Innovation.

SEARCH SCCGOV [_____] Go



**HOME** | **A-Z SERVICES** | **CONTACTS** | **FAQs** | **SUGGESTIONS** | **SITE MAP** | **ABOUT US** |    **AGENCIES & DEPTS** |

County Connection | Handling Emergencies | Living and Working | Health and Human Care | Doing Business | Law and Justice

☆ YOU ARE HERE > SCC Public Portal Home

# A-Z Services

This is an alphabetical listing of common topics on programs and services provided by the County of Santa Clara.

**View Alphabetically:**

A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z

**Related Life Events:**
- **Temporary Events**

**Related Articles on Licenses and Permits:**
- **Marriage Licenses**
- **Fishing & Gaming Permits**
- **Fireworks Permits**
- **Driver's License**
- **Getting a Disabled Parking Placard**
- **Development & Land Use Permits**
- **Pesticides & Pest Control**
- **Applying for a Building Permit**

**Related Agencies on Permits:**
- **Planning Department**
- **Division of Agriculture**
- **Office of Development Services**
- **Fire Department**

**Related Articles on Permits:**
- **Applying for a Building Permit**
- **Development and Land Use Permits**
- **Fishing & Gaming Permits**
- **Fireworks Permits**
- **Consumer Division Permits, Applications & Fees**
- **Burn Permits**

## QUICKLINKS
- › **News Room**
- › **County Services**
- › **County Executive's Office**
- › **Employment Opportunities**
- › **SCC Basic Salary Plan**
- › **County Ordinance Code**
- › **Find Your Elected Representatives**
- › **Cities within the County**
- › **Sister Counties**
- › **County Holidays Calendar**

## HIGHLIGHTS

...more



Recovery SCC

...more



Financial Literacy Project

...more

**PROPERTY VALUE DOWN?**
**Click Here**

Click here to learn how to reduce your Assessed values/property taxes.

...more



Be Aware, Prepare!

...more

**2-1-1**
Get Connected. Get Answers.

2-1-1 Santa Clara County

...more

County Policy | **Privacy Policy** | Accessibility | Site Map | Contact Webmaster | Site Help
All Content Copyright © 2009, The County Of Santa Clara, CA

1

2

3

4

5

6

7

8

**Exhibit "8"**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**



Service. Community. Innovation.

SEARCH SCCGOV  Go

County of Santa Clara

**HOME** | **A-Z SERVICES** | **CONTACTS** | **FAQs** | **SUGGESTIONS** | **SITE MAP** | **ABOUT US** |      **AGENCIES & DEPTS** |

County Connection | Handling Emergencies | Living and Working | Health and Human Care | Doing Business | Law and Justice

⌂ YOU ARE HERE > SCC Public Portal Home

🖸 SHARE    🔒 🔒 ✉

# A-Z Services

This is an alphabetical listing of common topics on programs and services provided by the County of Santa Clara.

**View Alphabetically:**

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

A                                                             ⌃ Back to Top

**Abuse Prevention**

**Adoption**

**Advisory Boards & Commissions**

**Anger Management**

**Animal Care**

**Archives**

B                                                             ⌃ Back to Top

**Battering**

**Boards & Commissions**

C                                                             ⌃ Back to Top

**Certificates**

**Child Support**

**Children**

**Codes**

🖈 **QUICKLINKS**

› **News Room**
› **County Services**
› **County Executive's Office**
› **Employment Opportunities**
› **SCC Basic Salary Plan**
› **County Ordinance Code**
› **Find Your Elected Representatives**
› **Cities within the County**
› **Sister Counties**
› **County Holidays Calendar**

🖈 **HIGHLIGHTS**



Recovery SCC
...**more**



HELP **WITH MY BUDGET**

Financial Literacy Project
...**more**

## PROPERTY VALUE DOWN?
**Click Here**

Click here to learn how to reduce your Assessed values/property taxes.
...**more**



BE AWARE PREPARE

Be Aware, Prepare!
...**more**

Santa Clara County

**211**

Get Connected. Get Answers.
United Way Silicon Valley

2-1-1 Santa Clara County
...**more**

**Consumer Protection**

**Correctional Facilities**

**Crime Reporting**

D

*Back to Top*

**Disaster Preparedness**

**Domestic Violence Prevention**

**Drinking Water Systems**

E

*Back to Top*

**Education**

**Elderly**

**Elections**

**Emergencies**

**Employment**

**Environmental Health Permits and Requirements**

F

*Back to Top*

**Fees and Fines**

**Fire**

**Flu**

**Food Safety**

**Foster Care**

H

*Back to Top*

**Hazardous Waste & Materials**

**Health Care Services**

**Housing**

**Human Resources**

I                                                   ⌃ Back to Top

**Immigration**

**Influenza**

**Inspections**

J                                                   ⌃ Back to Top

**Jails**

**Jobs**

L                                                   ⌃ Back to Top

**Land Development**

**Land Use**

**Law Enforcement**

**Licenses**

M                                                   ⌃ Back to Top

**Mosquitoes**

P                                                   ⌃ Back to Top

**Pandemic Influenza**

**Parks**

**Permits**

**Probation**

**Property Assessments**

**Public Safety**

R                                                                [Back to Top]

**Rats, Insects & other Pests**

**Recreation**

**Reservations**

S                                                                [Back to Top]

**Seniors**

**Special Events**

**Standards**

T                                                                [Back to Top]

**Taxes**

**Traffic Tickets**

V                                                                [Back to Top]

**Violence**

**Voting**

W                                                                [Back to Top]

**Women's Health**

County Policy | **Privacy Policy** | Accessibility | Site Map | Contact Webmaster | Site Help
All Content Copyright © 2009, The County Of Santa Clara, CA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "9"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

70 West Hedding Street, 9th Floor
San Jose, California  95110-1770
(408) 299-5900 / (408) 292-7240  (FAX)



Miguel Márquez
**ACTING COUNTY COUNSEL**

Winifred Botha
Lori E. Pegg
**ASSISTANT COUNTY COUNSEL**

October 8, 2009

Gary Gorski
Law Offices of Gary Gorski
1207 Front Street
Suite 15
Sacramento, CA 95814

Re:   Public Records Request and Demand for Interview

Dear Mr. Gorski:

I am writing to respond to your September 29, 2009 CPRA request.  Enclosed please find a copy of the DOJ CCW application and a copy of the County of Santa Clara's written CCW permit policy.  The Sheriff's Office does not maintain a list of all current permit holders including the data relied upon to grant the application.  Accordingly, we are unable to provide a document responsive to your second request.

If you have any questions, please do not hesitate to contact me.

Sincerely,

MIGUEL MÁRQUEZ
Acting County Counsel

CHERYL A. STEVENS
Lead Deputy County Counsel

Enclosure

cc:   Sheriff Laurie Smith (w/o enclosures)

Letter to:  Gary Gorski
Re: CPRA Request
Date: October 8, 2009
Page 2

bcc:    Undersheriff John Hirokawa
        Sgt. Rick Sung

Document in ProLaw

# California Department of Justice



# STANDARD APPLICATION FOR LICENSE TO CARRY A CONCEALED WEAPON (CCW)

FD 4012 (06/02)

California Department of Justice
# STANDARD APPLICATION
for
# LICENSE TO CARRY A CONCEALED WEAPON (CCW)

## Authority

California Penal Code (PC) sections 12050 through 12054 provide that a sheriff of a county or the chief or other head of a municipal police department of any city or city and county may issue a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (CCW license).  PC section 12051(a)(3)(A) requires the Attorney General to prescribe a statewide standard application form for a CCW license.

## Who May be Issued a License

The licensing authority specified in PC section 12050(a)(1) (a sheriff or head of a municipal police department) may issue a license to persons who are of good moral character, who have completed a course of training, and where good cause exists for issuance of the CCW license.  All applicants for a CCW will be fingerprinted and state records will be checked to determine if they are in a prohibiting class. Attachments 1, 2, and 3 (following page 14 of this application) list all categories that would cause a person to be in a class prohibiting them from possessing firearms and being granted a CCW license. These attachments are updated annually to reflect new legislation and other changes in the law.

## Format of CCW License

A CCW license may be issued in either of the following formats:

1.   A license to carry concealed, a pistol, revolver, or other firearm capable of being concealed upon the person.
2.   Where the population of the county is less than 200,000 persons according to the most recent federal decennial census, a license to carry loaded and exposed in that county a pistol, revolver, or other firearm capable of being concealed upon the person.

## Training Required

PC section 12050(a)(1)(B) and (E) specifies that new license applicants must complete a course of training.  The training may consist of any course acceptable to the licensing authority.  The licensing authority may require either a course not to exceed 16 hours which includes instruction on at least firearms safety and the law regarding the permissible use of a firearm or a community college course not to exceed 24 hours certified by the Commission on Peace Officer Standards and Training.  If the licensing authority requires the community college course, it must be uniformly required for all CCW license applicants. The licensing authority may also require annual qualification on the weapon(s) during the term for which the CCW license is granted.

For license renewal applicants, the course of training may be any course acceptable to the licensing authority, shall be no less than four hours in length, and shall include instruction on at least firearm safety and the law regarding permissible use of a firearm.

-1-

State of California, Department of Justice
# Standard Application for CCW License

## Psychological Testing

In addition to licensing requirements as specified by the licensing authority, jurisdictions may require psychological testing on the initial application. If required, the applicant shall be referred to a licensed psychologist used by the licensing authority for the psychological testing of its own employees. Any fees charged will be the responsibility of the applicant and such fees shall not exceed $150.00 for an initial test. Additional psychological testing of an applicant seeking license renewal shall be required only if there is compelling evidence to indicate that a test is necessary (PC section 12054(c)).

## Completing the Application

Answering all the questions on this standard application does not guarantee the issuance of a CCW license. The determination whether or not to issue the license is the prerogative of the licensing authority. Each licensing authority, in addition to using the state standard application form, will have a written policy summarizing what they require pursuant to PC section 12050(a)(1)(A) and (B). Prior to issuing a CCW, the statutes require proof that:

- The applicant is of good moral character,
- Good cause exists to issue the CCW license,
- The applicant meets residence requirements, and
- The course of training prescribed by the licensing authority has been completed.

The application on the following pages sets forth standardized questions to be used by the CCW licensing authority to determine whether a CCW license shall be issued. The applicant shall not be required to complete any additional application or form for a CCW license, or to provide any information other than that necessary to complete this standard application form except to clarify or interpret information provided herein (PC section 12051(a)(3)(C)).

The applicant will certify that all answers provided are true and correct to the best of their knowledge and belief under penalty of perjury. The applicant will also acknowledge that information disclosed on this application may be subject to public disclosure.

### *Important Instructions*

- **Fill out, read, and sign Sections 1 through 5, as directed. Use additional pages if more space is required.**

- **Sections 6, 7, and 8 must be completed in the presence of an official of the licensing agency.**

- **Review Section 7 and be prepared to answer these questions orally. Do not write anything in Section 7 unless specifically directed to do so by the licensing agency.**

Section 1 - Applicant Personal Information ................................................. 3
Section 2 - Applicant Clearance Questions ................................................. 3
Section 3 - Description of Weapon(s) ..................................................... 5
Section 4 - CCW License Conditions and Restrictions ....................................... 6
Section 5 - Applicable California Penal Code Sections ...................................... 7
Section 6 - Agreement to Restrictions and to Hold Harmless ................................ 10
Section 7 - Investigator's Interview Notes ............................................... 11
Section 8 - Certification and Release of Information ...................................... 14

Attachment 1 - California Prohibiting Categories for a CCW License ........................ 16
Attachment 2 - California Prohibiting Misdemeanors ....................................... 17
Attachment 3 - Federal Prohibiting Categories for Possessing Firearms ..................... 19

State of California, Department of Justice

# Standard Application for CCW License

Official Use Only –Type of Permit Requested
( ) Standard          ( ) Judge
( ) Reserve Officer   ( ) 90 Day

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application.  I understand that all of the information disclosed by me in this application may be subject to public disclosure.

_____          _____
Applicant Signature                                        Date

_____          _____
Witness Signature / Badge Number                  Date

## Section 1 - Applicant Personal  Information

Name:_____
               Last                              First                                Middle

If Applicable,
Maiden Name or Other Name(s) Used: _____

City and County                           Country of
of Residence:_____   Citizenship:_____

Date of Birth:_____ Place of Birth:_____
                                                              City              County              State

Height:_____ Weight:_____ Color Eyes:_____ Color Hair:_____

## Section 2 - Applicant Clearance Questions

1.  Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
    No_____Yes _____ (If yes, please indicate below.  Use additional pages if necessary.)

Issuing Agency_____ Issue Date _____ CCW#_____

2.  Have you ever applied for and been denied a license to carry a concealed weapon?
    No_____Yes_____ (If yes, give agency name, date and reason for denial.)

_____

_____

-3-

State of California, Department of Justice
## Standard Application for CCW License

## Section 2 – Applicant Clearance Questions – (continued)

3. **Have you ever held and subsequently renounced your United States citizenship?**
   No_____Yes_____ (If yes, explain):

   _____

4. **If you served with the Armed Forces, were you ever convicted of any charges or was your discharge other than honorable?** No_____Yes_____ (If yes, explain):

   _____

   _____

5. **Are you now, or have you been, a party to a lawsuit in the last five years?**
   No_____Yes_____ (If yes, explain):

   _____

   _____

   _____

   _____

6. **Are you now, or have you been, under a restraining order(s) from any court?**
   No_____Yes_____ (If yes, explain):

   _____

   _____

7. **Are you on probation or parole from any state for conviction of any offense including traffic?** No_____Yes_____ (If yes, explain):

   _____

   _____

State of California, Department of Justice
## Standard Application for CCW License

## Section 2 – Applicant Clearance Questions – (continued)

8. List all traffic violations (moving violations only) and motor vehicle accidents you have had in the last five years. (Use additional pages if necessary.)

| Date | Violation / Accident | Agency / Citation # |
|------|---------------------|--------------------|
| | | |
| | | |
| | | |
| | | |

9. Have you ever been convicted for any criminal offense (civilian or military) in the U.S. or any other country?

   No_____Yes_____ (If yes, explain including date, agency, charges, and disposition.)

   _____

   _____

10. Have you withheld any fact that might affect the decision to approve this license?

    No_____Yes_____(If yes, explain):

    _____

    _____

## Section 3 – Descriptions of Weapons:

List below the weapons you desire to carry if granted a CCW. You may carry concealed only the weapon(s) which you list and describe herein, and only for the purpose indicated. Any misuse will cause an automatic revocation and possible arrest. (Use additional pages if necessary.)

| | Make | Model | Caliber | Serial No. |
|---|------|-------|---------|-----------|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

State of California, Department of Justice
# Standard Application for CCW License

## Section 4 - CCW License Conditions and Restrictions

The licensee is responsible for all liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit, or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

The licensee authorizes the licensing agency to investigate, as they deem necessary, the licensee's record and character to ascertain any and all information which may concern his/her qualifications and justification to be issued a license to carry a concealed weapon and release said agency of any and all liability arising out of such investigation.

While exercising the privileges granted to the licensee under the terms of this license, the licensee shall not, when carrying a concealed weapon:
- Consume any alcoholic beverage.
- Be in a place having a primary purpose of dispensing alcoholic beverages for on-site consumption.
- Be under the influence of any medication or drug, whether prescribed or not.
- Refuse to show the license or surrender the concealed weapon to any peace officer upon demand.
- Impede any peace officer in the performance of his/her duties.
- Present himself/herself as a peace officer to any person unless he/she is, in fact, a peace officer as defined by California law.
- Unjustifiably display a concealed weapon.
- Carry a concealed weapon not listed on the permit.
- Carry a concealed weapon at times or circumstances other than those specified in the permit.

Pursuant to U.S. Government Code - Title 49, Chapter 26, Section 1472 (1) and Federal Aviation Regulation 121.583, a license to carry a concealed weapon does not authorize a person to carry a firearm, tear gas, or any dangerous weapon aboard commercial airlines. Further, a person must declare that he/she is carrying such firearm, tear gas, or dangerous weapon BEFORE entering the boarding area of an air terminal where the security checks are made. Such violation can result in arrest by law enforcement.

Any violation of these restrictions or conditions may invalidate the CCW license and may void any further use of the license until reinstated by the licensing authority. Any arrest for a felony or serious misdemeanor, including driving under the influence of alcohol and/or drugs, is cause for invalidating the license.

State of California, Department of Justice
# Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections

**The following Penal Code sections are of special importance to the holder of a CCW license regarding the use, carrying, and storage of firearms:**

### Penal Code Section 12051 – Applications for CCW Licenses; False Statements

(b) Any person who files an application required by subdivision (a) knowing that statements contained therein are false is guilty of a misdemeanor.

(c) Any person who knowingly makes a false statement on the application regarding any of the following shall be guilty of a felony:

  (1) The denial or revocation of a license, or the denial of an amendment to a license, issued pursuant to Section 12050.
  (2) A criminal conviction.
  (3) A finding of not guilty by reason of insanity.
  (4) The use of a controlled substance.
  (5) A dishonorable discharge from military service.
  (6) A commitment to a mental institution.
  (7) A renunciation of United States citizenship.

### Penal Code Section 192 – Manslaughter

Manslaughter is the unlawful killing of a human being without malice.

(a)   Voluntary - upon a sudden quarrel or heat of passion.

(b)   Involuntary - in the commission of an unlawful act, not amounting to a felony; or in the commission of a lawful act which might produce death, in an unlawful manner, or without due caution and circumspection; provided that this subdivision shall not apply to acts committed in the driving of a vehicle.

### Penal Code Section 197 – Justifiable Homicide; Any Person

Homicide is justifiable when committed by any person in any of the following cases:

1.   When resisting any attempt to murder any person, or to commit a felony, or to do some great bodily injury upon any person; or,

2.   When committed in defense of habitation, property, or person, against one who manifestly intends or endeavors, by violence or surprise, to commit a felony, or against one who manifestly intends and endeavors, in a violent, riotous or tumultuous manner, to enter the habitation of another for the purpose of offering violence to any person therein; or,

3.   When committed in the lawful defense of such person, or of a wife or husband, parent, child, master, mistress, or servant of such person, when there is reasonable ground to apprehend a design to commit a felony or to do some great bodily injury, and imminent danger of such design being accomplished; but such person, or the person in whose behalf the defense was made, if he was the assailant or engaged in mutual combat, must really and in good faith have endeavored to decline any further struggle before the homicide was committed; or,

4.   When necessarily committed in attempting, by lawful ways and means, to apprehend any person for any felony committed, or in lawfully suppressing any riot, or in lawfully keeping and preserving the peace.

State of California, Department of Justice

## Standard Application for CCW License

## Section 5 - Applicable California Penal Code Sections - (continued)

### Penal Code Section 198 - Justifiable Homicide; Sufficiency of Fear (Limitation of Self-defense of Property Rule)

A bare fear of the commission of any of the offenses mentioned in subdivisions 2 and 3 of Section 197, to prevent which homicide may be lawfully committed, is not sufficient to justify it. But the circumstances must be sufficient to excite the fears of a reasonable person, and the party killing must have acted under the influence of such fears alone.

### Penal Code Section 199 - Justifiable and Excusable Homicide; Discharge of Defendant

The homicide appearing to be justifiable or excusable, the person indicted must, upon his trial, be fully acquitted and discharged.

### Penal Code Section 12035 - Storage of Firearms Accessible to Children

(a) As used in this section, the following definitions shall apply:

  (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.

  (2) "Child" means a person under the age of 16 years.

  (3) "Off-premises" means premises other than the premises where the firearm was stored.

  (4) "Locked container" has the same meaning as set forth in subdivision (d) of Section 12026.2.

(b)(1) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the first degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes death or great bodily injury to himself, herself, or any other person.

  (2) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the second degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes injury, other than great bodily injury, to himself, herself, or any other person, or carries the firearm either to a public place or in violation of Section 417.

(c) Subdivision (b) shall not apply whenever any of the following occurs:

  (1) The child obtains the firearm as a result of an illegal entry to any premises by any person.

  (2) The firearm is kept in a locked container or in a location that a reasonable person would believe to be secure.

  (3) The firearm is carried on the person or within such a close proximity thereto so that the individual can readily retrieve and use the firearm as if carried on the person.

  (4) The firearm is locked with a locking device that has rendered the firearm inoperable.

  (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the firearm during, or incidental to, the performance of the person's duties.

  (6) The child obtains, or obtains and discharges, the firearm in a lawful act of self-defense or defense of another person, or persons.

  (7) The person who keeps a loaded firearm on any premise which is under his or her custody or control has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premise.

State of California, Department of Justice
## Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections – (continued)

### Penal Code Section 12036 –Firearms Accessed by Children and Carried Off-premises

(a) As used in this section, the following definitions shall apply:
   (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.
   (2) "Child" means a person under the age of 16 years.
   (3) "Off-premises" means premises other than the premises where the firearm was stored.
   (4) "Locked container" has the same meaning as set forth in subdivision (d) of Section 12026.2.
(b) A person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person, loaded or unloaded, within any premise that is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to that firearm without the permission of the child's parent or legal guardian and the child obtains access to that firearm and thereafter carries that firearm off-premises, shall be punished by imprisonment in a county jail not exceeding one year, by a fine not exceeding one thousand dollars ($1,000), or by both that imprisonment and fine.
(c) A pistol, revolver, or other firearm capable of being concealed upon the person that a child gains access to and carries off-premises in violation of this Section shall be deemed "used in the commission of any misdemeanor as provided in this code or any felony" for the purpose of subdivision (b) of Section 12028 regarding the authority to confiscate firearms and other deadly weapons as a nuisance.
(d) This Section shall not apply if any one of the following circumstances exists:
   (1) The child obtains the pistol, revolver, or other firearm capable of being concealed upon the person as a result of an illegal entry into any premises by any person.
   (2) The pistol, revolver, or other firearm capable of being concealed upon the person is kept in a locked container or in a location that a reasonable person would believe to be secure.
   (3) The pistol, revolver, or other firearm capable of being concealed upon the person is locked with a locking device that has rendered the firearm inoperable.
   (4) The pistol, revolver, or other firearm capable of being concealed upon the person is carried on the person within such a close range that the individual can readily retrieve and use the firearm as if carried on the person.
   (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the pistol, revolver, or other firearm capable of being concealed upon the person during, or incidental to, the performance of the person's duties.
   (6) The child obtains, or obtains and discharges, the pistol, revolver, or other firearm capable of being concealed upon the person in a lawful act of self-defense or defense of another person or persons.
   (7) The person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premises.

State of California, Department of Justice
## Standard Application for CCW License

## Section 6 - Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 - California Prohibiting Categories for a CCW License, Attachment 2 - California Prohibiting Misdemeanors, and Attachment 3 - Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

| | |
|---|---|
| **Applicant Signature** | **Date** |

| | |
|---|---|
| **Witness Signature / Badge Number** | **Date** |

-10-

State of California, Department of Justice
# Standard Application for CCW License

## Section 7 - Investigator's Interview Notes

Applicant
Name:_____
               Last                  First              Middle

Date of Birth:_____     Age:_____

Social Security No.:_____

California DL/ID No.:_____

Driver's License Restrictions:_____

Residence Address:

_____
Number     Street                          Apt.      City      State   Zip

Mailing Address (if different):

_____
Number     Street                          Apt.      City      State   Zip

Home / Personal Phone Numbers: (_____)_____

Spouse's Name and Address:_____

_____

Applicant Occupation: _____

Business / Employer Name: _____

Business Phone Number: (_____)_____

Business Address:

_____
Number     Street                          Apt.      City      State   Zip

1.    List all previous home addresses for the past five years.

_____

_____

_____

State of California, Department of Justice
## Standard Application for CCW License

### Section 7 – Investigator's Interview Notes – (continued)

2.  Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ?  No_____Yes_____(If yes, explain):

_____

_____

3.  Are you now, or have you ever been, addicted to a controlled substance or alcohol, or have you ever utilized an illegal controlled substance, or have you ever reported to a detoxification or drug treatment program?   No_____Yes_____(If yes, explain):

_____

_____

4.  Have you ever been involved in an incident involving firearms? No_____Yes_____(If yes, explain):

_____

_____

_____

5.  Have you been involved in a domestic violence incident? No_____Yes_____(If yes, explain):

_____

_____

6,  List any arrests or formal charges, with or without disposition, for any criminal offenses within the U.S. or any other country (civilian or military).

_____

_____

_____

State of California, Department of Justice
# Standard Application for CCW License

## Section 7 - Investigator's Interview Notes - (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license.  For example, has your life or property been threatened or jeopardized? Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant Desiring a CCW License (use additional sheets if needed).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

State of California, Department of Justice
## Standard Application for CCW License

### Section 8 - Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

_____     _____
**Applicant Signature**                                                      **Date**

_____     _____
**Witness Signature / Badge Number**                              **Date**

-14-



# Attachments

State of California, Department of Justice
# Standard Application for CCW License

## *Attachment 1*

## CALIFORNIA PROHIBITING CATEGORIES FOR A CCW LICENSE
## As of January, 1999

- Persons convicted of a felony, or any offense enumerated in section 12021.1 of the Penal Code (PC).

- Persons addicted to the use of narcotics.

- Persons denied firearm possession as a condition of probation pursuant to PC section 12021(d).

- Persons convicted of a specified misdemeanor pursuant to PC section 12021(c)(1) are prohibited from purchasing or possessing firearms for 10 years (see Attachment 2).

- Juveniles adjudged wards of the juvenile court because they committed a 707(b) Welfare and Institutions Code (WIC) offense, an offense described in PC section 1203.073 (b) or any offense enumerated in PC section 12021 (c) (1) are prohibited until they reach age 30.

- Persons who are subject to a protective order as defined in section 6218 of the Family Code, or a temporary restraining order or injunction issued pursuant to sections 527.6 or 527.8 of the Code of Civil Procedure.

- Persons found by a court to be a danger to others because of mental illness.

- Persons found by a court to be mentally incompetent to stand trial.

- Persons found by a court to be not guilty by reason of insanity.

- Persons adjudicated to be a mentally disordered sex offender.

- Persons placed on a conservatorship because they are gravely disabled as a result of a mental disorder or impairment by chronic alcoholism.

- Persons who communicate a threat to a licensed psychotherapist, against a reasonably identifiable.victim, and the psychotherapist reports to law enforcement pursuant to WIC section 8100(b), are prohibited from purchasing or possessing a firearm for 6 months.

- Persons in a mental health facility certified pursuant to WIC sections 5250, 5260, and 5270.15 are prohibited from possessing or purchasing or attempting to purchase firearms for 5 years.

- Persons who are voluntary patients in a mental facility who are determined to be a danger to self or others are prohibited form purchasing or possessing a firearm between admission and discharge.

- Persons under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year.

State of California, Department of Justice

# Standard Application for CCW License

## *Attachment 2*

# CALIFORNIA PROHIBITING MISDEMEANORS
# As of January, 1999

**Pursuant to Penal Code (PC) section 12021(c)(1), any person who has been convicted of a misdemeanor violation for any of the following offenses is prohibited from owning, possessing, or having under his or her custody or control any firearms within 10 years of the conviction:**

- Threatening public officers, employees and school officials (PC section 71).
- Threatening certain public officials, appointees, judges, staff or their families with the intent and apparent ability to carry out the threat (PC section 76).
- Possessing a deadly weapon with the intent to intimidate a witness (PC section 136.5).
- Threatening witnesses, victims, or informants (PC section 140).
- Attempting to remove or take a firearm from the person or immediate presence of a public or peace officer (PC section 148(d)).

- Unauthorized possession of a weapon in a courtroom, courthouse or court building, or at a public meeting (PC section 171(b)).
- Bringing into or possessing a loaded firearm within the state capitol, legislative offices, etc. (PC section 171c).
- Taking into or possessing loaded firearms within the Governor's Mansion or residence of other constitutional officers, etc. (PC section 171(d)).
- Supplying, selling or giving possession of a firearm to a person for participation in criminal street gangs (PC section 186.28).
- Assault (PC sections 240, 241).

- Battery (PC sections 242, 243).
- Assault with a stun gun or Taber weapon (PC section 244.5).
- Assault with deadly weapon or force likely to produce great bodily injury (PC section 245).
- Assault with a deadly weapon or instrument, by any means likely to produce great bodily injury or with a stun gun or Taber on a school employee engaged in performance of duties (PC section 245.5).
- Shooting at an inhabited or occupied dwelling house, building, vehicle, aircraft, horsecart or camper (PC section 246).

- Discharging a firearm in a grossly negligent manner (PC section 246.3).
- Shooting at an unoccupied aircraft, motor vehicle, or uninhabited building or dwelling house (PC section 247).
- Inflicting corporal injury on a spouse or significant other (PC section 273.5).
- Willfully violating a domestic protective order (PC section 273.6).

State of California, Department of Justice
# Standard Application for CCW License

## *Attachment 2 (Continued)*

## CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

- Drawing, exhibiting, or using any deadly weapon other than a firearm (PC sections 417(a)(1), 417(a)(2)).
- Brandishing a firearm in presence of a peace officer (PC section 417.1 - repealed by stats. 1998).
- Drawing or exhibiting, selling, manufacturing, or distributing firearm replicas or imitations (PC section 417.2).
- Inflicting serious bodily injury as a result of brandishing (PC section 417.6).
- Bringing into or possessing firearms upon or within public schools and grounds (PC section 626.9).
- Stalking (PC section 646.9).

- Armed criminal action (PC section 12023).
- Possessing a deadly weapon with intent to commit an assault (PC section 12024).
- Driver of any vehicle who knowingly permits another person to discharge a firearm from the vehicle or any person who willfully and maliciously discharges a firearm from a motor vehicle (PC sections 12034(b), 12034(d)).
- Criminal possession of a firearm (PC section 12040).
- Firearms dealer who sells or transfers or gives possession of any firearm to a minor or a handgun to a person under the age of 21 (PC section 12072(b)).

- Various violations involving sales and transfers of firearms (PC section 12072(g)(3)).
- Person or corporation who sells any concealable firearm to any minor (PC section 12100(a) - repealed by stats. 1994).
- Unauthorized possession/transportation of a machine gun (PC section 12220).
- Possession of ammunition designed to penetrate metal or armor (PC section 12320).
- Carrying a concealed or loaded firearm or other deadly weapon or wearing a peace officer uniform, while picketing (PC section 12590).

- Bringing firearm related contraband into juvenile hall (WIC section 871.5).
- Bringing firearm related contraband into a youth authority institution (WIC section 1001.5).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person receiving in-patient treatment for a mental disorder, or by a person who has communicated to a licensed psychotherapist a serious threat of physical violence against an identifiable victim (WIC section 8100).
- Providing a firearm or deadly weapon to a person described in WIC sections 8100 or 8103 (WIC section 8101).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person who has been adjudicated to be a mentally disordered sex offender or found to be mentally incompetent to stand trial, or not guilty by reason of insanity, and individuals placed under a conservatorship (WIC section 8103).

-18-

State of California, Department of Justice

# Standard Application for CCW License

## *Attachment 3*

## FEDERAL PROHIBITING CATEGORIES FOR POSSESSING FIREARMS
### Gun Control Act of 1968, Title 18 U.S.C. Chapter 44
### As of January, 1999

Pursuant to Section 922, any person listed below is prohibited from possessing, shipping, transporting, or receiving any firearm, who:

- Has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

- Is a fugitive from justice.

- Is an unlawful user of or addicted to any controlled substance.

- Has been adjudicated as a mental defective or committed to a mental institution.

- Is an alien illegally or unlawfully in the United States.

- Has been discharged from the Armed Forces under dishonorable conditions .

- Having been a citizen of the United States, has renounced U.S. citizenship.

- Is subject to a court order that restrains the person from harassing, stalking, or threatening an intimate partner or child of such intimate partner.

- Has been convicted in any court of a misdemeanor crime of domestic violence.

- Is under indictment for a crime punishable by imprisonment for a term exceeding one year.

- Has an out-of-state prohibitive criminal history.

- Has a prior denial on a previous National Instant Criminal Background Check System (NICS) inquiry.

# AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern,

    I am an applicant for a **License to Carry a Concealed Weapon** in Santa Clara County, a California County.  This permit requires a background investigation by the Sheriff's Office of Santa Clara County into all areas of my background which may affect my suitability for this permit.

    I hereby authorize you, your organization, and/or persons in your employ to release any and all information, including medical and/or psychiatric information, which you may have about me, this includes information which may be of a confidential, privileged and/or derogatory nature as stated in the Santa Clara County Ordinance Code. I release and hold harmless you, your organization, its officers, agents or assigns from any liability or damages, whether in law or in equity, for furnishing information requested by the bearer of this authorization form.

I reserve the right to refute or dispute any information that results in a denial of this license.  You may retain this form for your files.  A photocopy of this release is to be considered as valid as the original.

_____    _____
Applicant's Signature                   Applicant's Printed Name

_____    _____    _____
SSN                Driver's License No.             Date

## CERTIFICATE OF ACKNOWLEDGEMENT

State of California                )
County of _____ _____ _____ )

On _____ _____before me, _____

personally appeared _____ _____,
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within the instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature_____ _____(Seal)

# County of Santa Clara

**Office of the Sheriff**

55 West Younger Avenue
San Jose, California  95110-1721
(408) 808-4900



**Laurie Smith**
**Sheriff**

Office  of the Sheriff, County of Santa Clara
# C.C.W. Firearms Proficiency

Date:

Name:

## WEAPONS:

Make:                Serial #:              Cal:                  Model:

Condition: _____  _____

Make:                Serial #:              Cal:                  Model:

Condition: _____  _____  _____

| Firearms Handling Proficiency | Satisfactory | Unsatisfactory |
|---|---|---|
| Safety | ☐ | ☐ |
| Familiarity | ☐ | ☐ |
| Weapon Handling | ☐ | ☐ |

Comments:

_____

_____

Renewal Class:

Signature of Range Master: _____  Date: _____

# Santa Clara County Sheriff's Office CCW Class

# Office of the Sheriff, County of Santa Clara County

## Hold Harmless Agreement

I, *(PLEASE PRINT YOUR NAME)*_____,
on, *(DATE)*_____, understand and have considered the
potential hazards and risk of personal injury inherent in my participating in
the Santa Clara County Sheriff's Office "Carrying Concealed Weapon's
Training Course and/or Firearms Qualification Course."

I hereby agree and consent to release and hold harmless the following:

- The County of Santa Clara, their agents and employees
- The Sheriff of Santa Clara County

from any accident, occurrence, claim, suit, damages, or liability which may
arise out of my voluntary participation in the Training Course and/or
Qualification Course referred to as the "Santa Clara County Sheriff's Office
Carrying Concealed Weapons Training and Firearms Qualification Course."


_____          _____
*Signature of participant*                          *Date*


_____          _____
*Witness*                                          *Date*

# County of Santa Clara

Office of the Sheriff

55 West Younger Avenue
San Jose, California 95110-1721
(408) 808-4900



Laurie Smith
Sheriff

---

THE OFFICE OF THE SHERIFF, SANTA CLARA COUNTY
LAURIE SMITH, SHERIFF
REVISED October 30, 2000


Procedural Information
For
Permits for the Carrying of Concealed Weapons

---

## TABLE OF CONTENTS

1.  Introduction ------------------------------------------------------------- 2
2.  Requirements and Disqualifying Factors ------------------------------ 2
3.  Restrictions --------------------------------------------------------------- 3
4.  Revocation, Seizure or Amendment of Permit ----------------------- 4
5.  It is a Crime to ---------------------------------------------------------- 5
6.  Carrying and Transporting a Weapon ------------------------------- 6
7.  Some of Your Responsibilities ---------------------------------------- 6
8.  Self Defense -------------------------------------------------------------- 7
9.  Weapons and Firearms Qualification -------------------------------- 8
10. Cost Recovery and Fees ------------------------------------------------ 8
11. If Your Permit Request is Denied ------------------------------------ 9
12. Other Related Forms ---------------------------------------------------- 9

- The applicant must not be within a prohibited class described in Sections 12021 or 12021.1 of the California Penal code or Sections 8100 or 8103 of the Welfare and Institutions Code.

- No arrest for any crime or involvement in any situation which, in the opinion of the Sheriff's Office, indicates an individual is not suited for a CCW permit

- Any applicant whose request to carry a firearm includes their place of employment may be required to submit with the application, a letter from their employer. This letter should acknowledge the fact that the employer knows and approves of the applicant carrying a firearm while working.

- Applicants are required to be fingerprinted and investigated, even if you have submitted fingerprints for another reason. **Each year** the CCW Unit will review the Permit Holder's status. Upon each **renewal**, the applicant's background will be updated.

- A licensing authority **can not** issue a permit until after receipt of the Department of Justice report based on fingerprints submitted.

- All applicants will be required to submit a signed form, authorizing the Sheriff's Office to conduct a thorough background check of criminal and medical history.

- Valid photographic identification and proof of residence will be required of applicants.

## Section 3: Restrictions

- The license will not be issued until all requirements are completed.

- The license is valid for two (2) years for a Private Citizen, three (3) years for a Judge, four (4) years for a Santa Clara County Reserve Deputy, or less as dictated by the Sheriff.

- Only weapons listed on the license may be carried concealed.

- The Sheriff shall not be liable for any cost incurred by the applicant arising from the applicant's anticipation or holding of the permit subsequently denied, revoked, seized, amended or not renewed

- The Sheriff's Office **must be contacted** in the event that any information on your CCW permit changes.  You may be required by the State Department of Justice to complete a "Modification of License to Carry Concealed Firearm."

# Section 5: It is a Crime to

- Point a gun, loaded or unloaded, at another person without lawful excuse.

- Threaten someone with a gun, loaded or unloaded, without lawful excuse, even if you don't point it at him or her directly.

- Take a weapon onto State or Federal property, except for hunting with the permission of Wildlife Officers.

- Possess a weapon on lands registered with the Wildlife Commission without a valid entry permit.

- Discharge a firearm within 1,000 feet of livestock or a residence without the permission of the owner.

- Discharge any weapon for any reason, including hunting or target shooting, on the private property of another without the prior written permission of the land owner, in your possession.

- Fire a gun inside any city limit without first obtaining permission from the Chief of Police of that jurisdiction.

- Do not lend your weapon to another. You may be charged as an accessory to any crime committed with it or may incur civil liability for its use.

- If your firearm is lost or stolen, report it immediately to the appropriate jurisdiction. Always keep the serial number, model and other descriptive information concerning your weapon. It is nearly impossible to recover a stolen weapon if the owner cannot provide this information.

- If you or anyone else with access to your weapon consume alcohol, stimulants, or other drugs, lock the weapon away.

- Do not keep your weapon where anyone else, particularly a child, can find it. With the dangerously realistic "toy" weapons now on the market, a child cannot be relied upon to be able to distinguish the real thing. It is too late to worry about safety when your friend or a child is dead. Safe storage of firearms accessible to children is governed by section **12035 of the California Penal Code.**

- If you leave a loaded firearm where a child obtains and improperly uses it, you may be fined or sent to prison.

- If you keep a loaded firearm, or a firearm concealed upon the person, within any premises under your custody or control, and a person under 16 years of age gains access to the firearm, you may be guilty of a misdemeanor or a felony, unless you have stored the firearm in a locked container, or have locked the firearm with a locking device to keep it from temporarily functioning.

## Section 8: Self-Defense

- Under our system of law, you cannot intentionally kill or seriously injure another human being simply to protect property or possessions. **The use of deadly force should be a last resort, necessary for the protection of human life from an immediate threat of death or serious bodily injury.** Never point a weapon at another unless there is no alternative. Once the trigger has been pulled, you cannot recall the bullet. Your weapon and your actions are your responsibility.

## Section 11: If your request is Denied

- You will be notified in writing of the denial and the reason for it.
- If you wish to contest the administrative denial, you may appeal **in writing**, to the Sheriff. You will be notified of the results of the appeal within a reasonable time.
- If the Sheriff upholds the administrative denial, you have no further appeals. The Sheriff's decision is final, Section 12050 of the California Penal Code.

## Section 12: Other Related Forms

- Fee Schedules: Citizen, Judicial, and Santa Clara County Reserve Deputy
- Required Training for Concealed Weapons Permit
- Renewal Information form
- Range Qualification

# County of Santa Clara

Office of the Sheriff

55 West Younger Avenue
San Jose, California 95110-1721
(408) 808-4900



Laurie Smith
Sheriff

This attachment is in reference to carrying a concealed firearm within the Santa Clara County Court buildings.

Court Security Administration has requested that civilians, who possess permits to carry concealed firearms, not carry them into the county's court buildings.

If there is a specific need to bring a concealed firearm into one of the county's court buildings, arrangements may be made with Court Security Administration or with the Judicial Administration.

The Santa Clara County Sheriff's Office is requesting that our CCW holders confer with other court and law enforcement jurisdictions regarding their policies of bringing concealed firearms into their county's courtrooms.

If you have any questions, please contact Sergeant Don Morrissey at (408) 808-4905.

6-008

## Carry Concealed Weapons
### Outline for 4 hour Class
### Office of the Sheriff, County of Santa Clara

**Start Time:**                                                      0800 hr.

**Instructor Introduction:**                                         0800-0805 hr.

**Attendee's sign in:**                                              0805-0810 hr.

**Course Objectives and Goals:**                                     0810-0815 hr.

     Provide information on CCW Permit and laws to be aware of

**Permissible Use:**                                                 0815-0900 hr.

     Introduction, Basic Rules of Self Defense, Unreasonable Force,
     Reasonable Force, Defending Other People, Home Protection,
     Property, Preventing Crimes, and Capturing Criminals.

**FFA Regulations on Weapons/Firearms on Aircraft:**                 0900-0910 hrs.

*Break:*                                                             *0910-0920 hr.*

**Penal Codes and Civil Codes:**                                     0920-0940 hrs.

     PC 12035 (storage of firearms/accessible to children)
     Civil Code 50

**Stopped by Law Enforcement, What Should You Do??**                 0940-0955 hrs.

**Weapon Safety:**                                                   0955-1030 hrs.

     General Safety Rules, Range Rules, and Range Commands.

**Weapon Safety when Cleaning or Performing Maintenance:**           1030-1045 hrs.

*Break:*                                                             *1045-1100 hr.*

**Qualification Course:**                                            1100-1200 hr.

**Class Concluded:**                                                 1200 hr.

```
┌─────────────────────────────────────────────┐
│          CARRY CONCEALED WEAPONS             │
│           WEAPON SAFETY CLASS                │
└─────────────────────────────────────────────┘
```

# INTRODUCTION

Every CCW holder should be fully aware of the risks of firearm ownership, and should take all possible steps to minimize dangers. Firearm safety is the responsibility of each gun owner and is a matter of great concern to the community.

Unsafe handling practices, improper storage, or other acts of carelessness causes firearm accidents. All unintentional or accidental discharges of firearms are violations of one or more of the Four Golden Rules of Firearm Safety.

# THE FOUR GOLDEN RULES OF FIREARM SAFETY

**1. Treat all firearms as if they are loaded, no exceptions.**

- No one has ever been shot with an empty gun. Every time you pick up or are handed a gun, personally check to see if it is loaded. Always check the chamber as well as any magazine or cylinders for cartridges before you are satisfied the gun is unloaded. Once you are sure the gun is unloaded, treat it as if it were loaded anyway.
- When you hand a gun to someone else always hand it to him or her with the action open so they can easily determine that the gun is unloaded.
- Every time a firearm leaves your personal control and it's returned to you, assume the gun is loaded.

**2. Never point a weapon at anyone/thing, whether loaded or unloaded, unless you intend to shoot or destroy it.**

- Always point the gun in a safe direction so that if it is fired it will not cause personal injury or property damage.
- Always be aware of your shooting companions' location.

# WHEN CARRYING CONCEALED;

# THE MOST DANGEROUS SITUATION POSSIBLE IS WHEN A CRIMINAL KNOWS YOU HAVE A GUN BEFORE YOU KNOW HE IS A CRIMINAL.

# DON'T LET THEM KNOW !!

## Five Rules for Concealed Carry

Updated 6-21-99 to provide a more detailed discussion of the possible consquences if rule #4 is violated.

### 1. Your concealed handgun is for protection of life only.

Draw it solely in preparation to protect yourself or an innocent third party from the wrongful and life-threatening criminal actions of another.

### 2. Know exactly <u>when</u> you can use your gun.

A criminal adversary must have, or reasonably appear to have:

A) the <u>ability</u> to inflict serious bodily injury (he is armed or reasonably appears to be armed with a deadly weapon),

B) the <u>opportunity</u> to inflict serious bodily harm (he is physically positioned to harm you with his weapon), and

C) his <u>intent</u> (hostile actions or words) indicates that he means to place you in jeopardy -- to do you serious or fatal physical harm.

When all three of these "attack potential" elements are in place simultaneously, then you are facing a reasonably perceived deadly threat that justifies an emergency deadly force response.

### 3. If you can run away -- RUN!

Just because you're armed doesn't necessarily mean you must confront a bad guy at gunpoint. Develop your "situation awareness" skills so you can be alert to detect and avoid trouble altogether. Keep in mind that if you successfully evade a potential confrontation, the single negative consequence involved might be your bruised ego, which should heal with mature rationalization. But if you force a confrontation you risk the possibility of you or a family member being killed or suffering lifelong crippling/disfiguring physical injury, criminal liability and/or financial ruin from civil lawsuit. Flee if you can, fight only as a last resort.

### 4. Display your gun, go to jail.

Expect to be arrested by police at gunpoint, and be charged with a crime *anytime* your concealed handgun is seen by another citizen in public, regardless of how unintentional or innocent or justified the situation might seem. Choose a method of carry that reliably keeps your gun hidden from public view at all times.

You have no control over how a stranger will react to seeing (or learning about) your concealed handgun. He or she might become alarmed and report you to police as a "man or woman with a gun." Depending on his or her feelings about firearms, this person might be willing to maliciously embellish his or her story in attempt to have your gun seized by police or to get you arrested. An alarmed citizen who reports a "man with a gun" is going to be more credible to police than you when you're stopped because you match the suspect's description, and you are found to have a concealed handgun in your possession.

Before you expose your gun in public, ask yourself: "Is this worth going to jail for?" The only time this question should warrant a "yes" response is when an adversary has at least, *both* <u>ability</u> and <u>intent</u>, and is actively seeking the <u>opportunity</u> to do you great harm.

### 5. Don't let your emotions get the best of you.

If, despite your best efforts to the contrary, you do get into some kind of heated dispute with another person while you're armed, never mention, imply or exhibit your gun for the purpose of intimidation or one-upmanship. You'll simply make a bad situation worse -- for yourself (see rule #4).

## Concealed Weapons Qualification Requirements
## Office of the Sheriff, Santa Clara County

### Qualification Course

- From the 15-yard line the applicant will draw and fire 5 rounds in 40 seconds, at the center mass of the target. The applicant will render the weapon safe and <u>re-secure/holster</u> their weapon. A total of 5 rounds will be fired at the 15-yard line.
- From the 7-yard line the applicant will draw and fire 5 rounds in 30 seconds, at the center mass of the target. The applicant will render the weapon safe and <u>re-secure/holster</u> their weapon. A total of 5 rounds will be fired at the 7-yard line.
- From the 5-yard line the applicant will draw and fire 5 rounds in 25 seconds, at the center mass of the target. The applicant will render the weapon safe and re-secure/holster their weapon. A total of 10 rounds will be fired at the 5-yard line.
- From the 3-yard line the applicant will draw and fire 5 rounds in 20 seconds, at the center mass of the target. The applicant will render the weapon safe and re-secure/holster their weapon. A total of 10 rounds will be fired at the 5-yard line.

A total of 30 rounds will be fired on the course. Passing is 24 hits on a B-27 target within the 7 ring. An applicant is limited to 2 attempts for each weapon per day.

An applicant can be disqualified by the Range Master for the following reasons:

- Failure to obey the directions of the Range Master.
- Unable to handle or manipulate a firearm safely.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Required Equipment for the Range

- All weapons on the applicant's CCW permit or intended weapons for your CCW.
- Ammunition for the qualification course. The Ammunition must be Factory Ammunition of the following manufactures: Federal, Remington, Winchester, PMC, Fiocchi, CII, or Speer, etc. <u>No Reloads</u>
- The range recommends bringing at least 70 rounds of ammunition per weapon.
- Eye Protection \*mandatory
- Ear Protection \*mandatory
- Holster(s) for your weapon(s), (remember your will drawing and firing your weapon)
- Long sleeve shirt, pants, comfortable shoes and a baseball type cap.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All applicants can sign up for the Training Course and Range by calling the Sheriff's Administration Bureau at (408) 808-4900, M-F, 9am to 4pm.

Range qualification and Renewal is your responsibility to complete. The Sheriff's Office will not remind you of your CCW expiration date.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "10"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**



County of Santa Clara

Office of the Sheriff
55 West Younger Avenue
San Jose, California 95110

$ 00.382
US POSTAGE

PRESORTED
FIRST CLASS

Mr. Thomas Jacobs
3309 Padilla Way
San Jose, CA 95148

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "11"**

- 55 -

# County of Santa Clara

**Office of the Sheriff**

**55 West Younger Avenue**
**San Jose, California  95110-1721**
**(408) 808-4900**





**Laurie Smith**
**Sheriff**

October 13, 2009

Re: Concealed weapon permit application.

Dear Mr. Jacobs,

After careful review and consideration, your application for a concealed weapon permit has been
<u>denied</u> for one or more of the following reasons:

- ☐ You do not reside in Santa Clara County. Contact: _____
- X You reside in a city police jurisdiction, please contact the San Jose Police Department.
- ☐ Your application and background information was found to be incomplete.
- ☐ You are no longer employed at your original employer, which provided justification for
  the issuance of your application.
- ☐ "Good Cause" for issuance has not been demonstrated. Permits are issued based on the
  validity of the reason a person wants to carry a concealed weapon (ref. PC 12050). The
  Sheriff has uncontestable authority to issue or not issue a concealed weapon permits.
- ☐ Requested supporting documentation was not submitted.

If your reasons or justification for requesting a concealed weapon permit should change, you
have the right to resubmit your application.  If item number 2 was the reason for denial, it is
recommended that you submit an application to the Chief of Police in the city in which you
reside.

Sincerely,

Sergeant Rick Sung#1853
Office of the Sheriff
Public Information Officer
408-808-4900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "12"**

- 56 -

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**

# THE LAW OFFICES OF GARY W. GORSKI

**1207 Front Street, Suite 15**
**Sacramento, CA  95814**
**Tel. (916) 965-6800**
**E-mail: usrugby@pacbell.net**

*Admitted in California and Pennsylvania.

October 27, 2009

Santa Clara County Office of the Sheriff
Sheriff Laurie Smith
55 West Younger Avenue
San Jose, CA  95110
Tel. (408) 808-4900
Fax (408) 283-0562

**RE:    Appeal from Denial of Application for a CCW Permit**

Dear Sheriff Smith:

As you know from my previous letters, I have been retained by Mr. Thomas Jacobs to help facilitate his application for a CCW permit.

On October 13, 2009, Mr. Jacobs received a letter from Sergeant Rick Sung. Please refrain from sending documents directly to Mr. Jacobs but rather please address all future correspondence to my office. In this letter, Sergeant Sung informed Mr. Jacobs that his application had been denied because he resides in a city police jurisdiction and instructed Mr. Jacobs to contact the San Jose Police Department.

Mr. Jacobs has contacted the San Jose Police Department concerning the issuance of a CCW permit and has also submitted an application to that office. However, the San Jose Police Department has informed Mr. Jacobs that since January 2004, the department has only issued CCW permits to retired San Jose Police Officers.

Since Mr. Jacobs is not a retired San Jose Police Officer, it would be a futile exercise to apply for a CCW permit through that department. Therefore, pursuant to Section 11, page 9, of the Procedural Information for Permits for the Carrying of Concealed Weapons, which we received from the County, Mr. Jacobs hereby makes his written appeal from the denial of his CCW application to the Sheriff.

If you have any questions regarding this appeal, I can be reached at (916) 965-6800 or through e-mail at usrugby@gmail.com. I look forward to your response.

Very Truly Yours,

THE LAW OFFICES OF GARY W. GORSKI

_____

Gary W. Gorski
Attorney at Law

TRANSMISSION VERIFICATION REPORT

```
TIME  : 10/27/2009 15:56
NAME  : FEDEX OFFICE      0274
FAX   : 916--983-9888
TEL   :
SER.# : 000A7J933494
```

```
DATE,TIME           10/27  15:55
FAX NO./NAME        14082830562
DURATION            00:00:37
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "13"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**



Craig Weaver <craigcweaver@gmail.com>

## Fw: Public Records Act CCW

**usrugby@pacbell.net <usrugby@pacbell.net>**
Reply-To: usrugby@pacbell.net
To: "Mr. Craig Dream (Cox) Weaver" <craigcweaver@gmail.com>

Fri, Oct 23, 2009 at 2:57 PM

Sent via BlackBerry by AT&T

**From:** "Mills, Fred" <FRED.MILLS@sanjoseca.gov>
**Date:** Fri, 23 Oct 2009 15:26:33 -0700
**To:** <usrugby@pacbell.net>
**Cc:** Sims, Thomas<THOMAS.SIMS@sanjoseca.gov>; Mitchell, Carl<Carl.Mitchell@sanjoseca.gov>
**Subject:** Public Records Act CCW

Dear Mr. Gorski:

Enclosed is the Department's response to your Public Records Act request.

Fred Mills

San Jose Police Dept.

Office of the Chief

Research and Development Unit

fred.mills@sanjoseca.gov

(408) 277-5229

**3 attachments**

PRA response Gorski.doc
693K

ccw_app.pdf
272K

Duty_Manual_2008_Public Copy.pdf
2471K

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "14"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**



*San José Police Department*

October 27, 2009

The Law Offices of Gary W. Gorski
1207 Front Street, Suite 15
Sacramento, CA 95814
Attention: Gary Gorski

### Re: Public Records Act Request for Police Records

Dear Mr. Gorski:

I am in receipt of your Public Records Act requests received via US mail on October 5, 2009 in which you requested the following records:

**Request #1:** "Please provide a DOJ CCW application"

**Department Response:** See enclosed electronic copy

**Request #2:** "Please provide a list of all current and past CCW permit holders since your tenure in office, inclusive of all good cause data relied upon for issuance"

**Department Response:** The Department has no record of issuing any civilian Concealed Firearm License Permits after January of 2004. All Concealed Firearm License Permits have been issued only to retired San Jose Police Officers under the provisions of 12027 and 12027.1 of the California Penal Code.

**Request #3:** "Please provide a copy of your written CCW permit issuance policy"

**Department Response:** See enclosed electronic copy of the Department's 2008 Duty Manual and refer to section L8600

**Request #4:** "If your department defers to the other for the processing of CCW applications, please provide that policy or letter/memorandum of understanding"

**Department Response:** The Department has no records responsive to this request.



Gary W. Gorski
**RE:  Police Record - Public Records Act Request**
October 23, 2009
Page 2

**Request #5:**  "Please provide a date and time that my client can meet with your department to complete sections 6, 7, and 8 of the California Department of Justice Standard Application for License to Carry a Concealed Weapon (CCW), and have the application 'witness' and 'signed' by the investigator."

**Department Response:**  Please contact the Department Permits Unit at (408) 277-4452 and asked for Sgt. McEwan #3112 to discuss submitting the California Department of Justice CCW application.

Should you have any questions, please contact Sgt. Fred Mills, Office of the Chief Research and Development Unit at 408.277.5229 or via email at fred.mills@sanjoseca.gov

Sincerely,

ROBERT L. DAVIS
Chief of Police

Sgt. Fred Mills
Research and Development Unit

RLD:FM



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit "15"**

**Complaint for Monetary Damages, Declaratory And Injunctive Relief
And Demand For Jury Trial**

# DUTY MANUAL
# 2008



## San Jose Police Department
### Policies, Rules, Procedures

**ROBERT L. DAVIS**
**CHIEF OF POLICE**

| | | |
|---|---|---|
| Authority to Initiate | S 3700 | S 3702 |
| Authorized Codes and Definitions | S 3700 | S 3701 |
| Cancellation | S 3700 | S 3706 |
| Initiating Restricted Traffic on SJ07 (CLEMARS 5) | S 3700 | S 3707 |
| Justification | S 3700 | S 3703 |
| Method of Initiating and Initial Responsibilities | S 3700 | S 3704 |
| Additional Responsibilities | S 3700 | S 3705 |
| Police-Initiated Radio Broadcasts | | |
| Authority to Originate | S 3800 | S 3801 |
| APB Want Broadcast | S 3800 | S 3803 |
| Administrative Broadcast | S 3800 | S 3806 |
| Crime Broadcast | S 3800 | S 3807 |
| Longevity of Police-Initiated Broadcasts | S 3800 | S 3804 |
| Public Safety Broadcast | S 3800 | S 3805 |
| Policy | | |
| APB Want Broadcasts | S 3900 | S 3903 |
| Disposition Codes | S 4200 | S 4200 |
| Extension of "APB Wants" | S 4000 | S 4001 |
| Felony Vehicle Wants | S 4100 | S 4100 |
| General Provisions | S 3600 | S 3601 |
| Limited Radio Transmissions | S 3700 | S 3701 |
| Police-Initiated Radio Broadcasts | S 3800 | S 3800 |
| | | |
| **COMMUNITY RELATIONS TRAINING** | S 1700 | S 1707 |
| | | |
| **COMPLAINT** (definition) | C 1700 | C 1700 |
| Conduct Complaint -- Defined | C 1700 | C 1707 |
| Policy Complaint – Defined | C 1700 | C 1708 |
| | | |
| **COMPLAINTS** (See: Internal Affairs Unit) | | |
| | | |
| **CONCEALED WEAPONS PERMIT** | | |
| Application Forms | L 8600 | L 8602 |
| Application Processing and Review | L 8600 | L 8607 |
| Fees | L 8600 | L 8604 |
| Fingerprints | L 8600 | L 8603 |
| Issuance of CCW Permits | L 8600 | L 8601 |
| Notification of Results | L 8600 | L 8609 |
| Permit Revocation | L 8600 | L 8610 |
| Policy | L 8600 | L 8600 |
| Psychological Screening | L 8600 | L 8605 |
| Restrictions on Possession | L 8600 | L 8608 |
| Training | L 8600 | L 8606 |
| | | |
| **CONDUCT** (Also See: Ethical Responsibilities) | | |
| Ethical Responsibilities | | |
| Behavior Involving an Act of Discrimination or Harassment | | |
| Toward a Member of the Department | C 1300 | C 1311 |
| Behavior Toward Other Department Members | C 1300 | C 1310 |
| Constitutional Rights | C 1300 | C 1303 |
| Courtesy | C 1300 | C 1308 |

Line/Operations Procedures



**POLICY** **NON-CRIMINAL MATTERS -**
**L 8600** **CARRYING CONCEALED WEAPON**
**PERMIT (CCW):**
The Department seeks to issue concealed weapons permits only to those qualified persons who demonstrate a need based upon circumstances present at the time of application. It is recognized that there are many alternatives available to citizens to safeguard themselves and their families. The existence of these alternatives tends to limit the need to carry a weapon. A CCW Permit is, therefore, issued only in those extreme circumstances where other means of protection are not practical.

**PROCEDURE**
**L 8601** **ISSUANCE OF CCW PERMITS:**
In accordance with California Penal Code Sections 12050 - 12054, the applicant must complete the following steps:

**L 8602** **APPLICATION FORMS:**
The application packet may be obtained at the San Jose Police Department Permits Unit. Information may be obtained over the phone by calling the Firearms Detail. Applicants must be residents of the City of San Jose.

**L 8603** **FINGERPRINT CARDS:**
Two fingerprint cards must be taken of the applicant to insure that the California Department of Justice and the FBI are able to complete an accurate criminal history background check. The San Jose Police Department must take the fingerprints at the time of application.

**L 8604** **PAYMENT OF FEES:**
Two fees are paid at the time of application, one to the Department of Justice (DOJ) and one to the City of San Jose (CSJ). The amount varies depending on the type of application. These fees are non-refundable and are set by statute.

**L 8605** **PSYCHOLOGICAL SCREENING:**
All applicants must undergo a psychological screening to determine their suitability to carry a concealed firearm. This testing is administered by the current Department psychologist and takes 4 1/2 to 5 hours.

**L 8606** **TRAINING:**
The applicant must successfully complete the 16-hour Security Firearms Course as administered by the Department of Consumer Affairs. This training is provided by several state-certified instructors acting as private vendors. The cost may vary depending on the course provider.

**L 8607** **APPLICATION PROCESSING AND REVIEW:**
Once the above steps are completed, a CCW Committee-comprised of five chief officers of the Department and chaired by the Assistant Chief of Police reviews the application packet, the results of the background check, psychological screening, and the firearms training course. Their recommendations are then forwarded to the Chief of Police for final approval or denial.

Line/Operations Procedures

**L 8608**   **RESTRICTIONS ON POSSESSION:**
In accordance with state regulation, the reviewing committee can recommend to the Chief of Police that the carrying of the weapon be restricted to certain occasions and/or circumstances. These restrictions, when approved by the Chief of Police, will be plainly noted on the permit.

**L 8609**   **NOTIFICATION OF RESULTS:**
All applicants are notified in writing of the results of their application for a CCW. Bear in mind that in California it is wholly within the discretion of the issuing authority whether or not a permit will be issued.

**L 8610**   **PERMITS REVOCATION:**
All concealable weapons license applications, whether they are for a new or renewal license, are subject to the following restrictions: Restriction violations of this license may constitute an immediate revocation and subject the bearer to provisions of 12025 of the Penal Code. Additionally, the license may be seize by any police officer and returned to the San Jose Police Department, Office of the Chief of Police. While exercising the privilege granted to them under the terms of this permit, permitees shall not do any of the following:

- Consume any alcoholic liquor.

- Represent to any person that they are police officers unless they are, in fact, peace officers defined by law.

- Abuse this privilege by an unjustified display of a deadly weapon.

- Violate any law of this state, county or city.

- Be under the influence of any medication or narcotic drug.

- Impede law enforcement officers in the conduct of their activities.

- Refuse to display said permit or to surrender said concealable weapon to any peace officer for inspection upon demand.

*Property of San Jose Police Department*
*For Official Law Enforcement Use Only*