UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**THOMAS JACOBS ,**                                  NO. **2:10-CV-00913-LKK-EFB**

        Plaintiff(s),

        V.                                  **ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE**

**CHUCK REED , ET AL. ,**

        Defendant(s).

_____/

This action has been assigned to the Honorable LAWRENCE K. KARLTON. Pursuant to the provisions of Federal Rule of Civil Procedure 16, as amended December 1, 1993, IT IS HEREBY ORDERED that:

1. A Status (Pretrial Scheduling) Conference is **SET** for June 28, 2010 at 03:30 PM , before Judge Karlton in Chambers/Courtroom No. 4.

////

////

////

2. In order to enable the court to comply with the 120-day time limit specified in Fed. R. Civ. P. 16(b), plaintiff SHALL ENDEAVOR TO COMPLETE SERVICE OF PROCESS ON ALL PARTIES WITHIN FORTY-FIVE (45) DAYS OF THE DATE OF FILING THE COMPLAINT HEREIN.

3. Concurrently with the service of process, or as soon thereafter as possible, **plaintiff shall serve upon each of the parties named in the complaint, and upon all parties subsequently joined, <u>a copy of this order,</u>** and shall file with the clerk a certificate reflecting such service. Any party who impleads a third-party defendant shall serve upon that party a copy of this order, and shall file with the clerk a certificate reflecting such service.

4. In the event that this action was reassigned to Judge Karlton from another judge, **plaintiff shall serve upon all parties to this action <u>a copy of this order,</u>** and shall file with the clerk a certificate reflecting such service.

5. Any non-governmental corporate party to an action in this court shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. Defendant shall file the statement with its initial pleading filed in the court and plaintiff shall file the statement not later than fourteen (14) days after filing the complaint. The parties shall supplement the statement within a reasonable time of any change in the information.

6. In the event this action was originally filed in a state court and thereafter removed to this court, **the removing party or**

1 **parties shall, immediately following such removal, serve upon**
2 **each of the other parties and upon all parties subsequently**
3 <u>**joined, a copy of this order,**</u> and shall file with the clerk a
4 certificate reflecting such service.
5     7. All parties to the action shall appear at the Status
6 Conference through counsel **(or in person, if acting without**
7 **counsel).** UNLESS SPECIFICALLY DIRECTED OTHERWISE, COUNSEL LOCATED
8 OUTSIDE THE COUNTY OF SACRAMENTO MAY APPEAR BY TELEPHONE, PROVIDED
9 THAT:
10     (a) **THE ACTION DOES NOT INVOLVE A LITIGANT APPEARING <u>IN</u>**
11 **<u>PROPRIA</u> <u>PERSONA</u>. IN SUCH CASES, ALL COUNSEL AND LITIGANTS MUST**
12 **PERSONALLY APPEAR;** and
13     (b) COUNSEL STATE IN THEIR TIMELY-FILED STATUS REPORTS
14 AS REQUIRED BY THIS ORDER THEIR DESIRE TO SO APPEAR, AND THEREIN
15 PROVIDE THE TELEPHONE NUMBER THEY WILL BE CALLING FROM; AND
16     (c) **PLACE THE CALL TO CHAMBERS THEMSELVES BY CALLING**
17 **(916) 930-4130, AT EXACTLY THE TIME THE CONFERENCE IS SCHEDULED**
18 **TO BEGIN.** IF MORE THAN ONE PARTY DESIRES TO APPEAR BY TELEPHONE,
19 COUNSEL MUST MAKE ARRANGEMENTS AMONG THEMSELVES TO SET UP THE
20 CONFERENCE CALL AT THE SCHEDULED TIME **WITH ALL PARTICIPANTS ON THE**
21 **LINE BEFORE CALLING CHAMBERS.** A FAILURE TO PLACE THE TELEPHONE
22 CALL AT THE APPROPRIATE TIME WILL BE TREATED AS A FAILURE TO APPEAR
23 AND MAY SUBJECT COUNSEL TO SANCTIONS.
24     8. The parties shall file with the court and serve upon all
25 other parties, pursuant to Local Rule 134(b) (time of filing),
26 fourteen (14) days preceding the conference, a Status Report.

1  **ANY PARTY FAILING TO FILE A TIMELY STATUS REPORT PURSUANT TO**
2  **THIS ORDER MAY BE SUBJECTED TO MONETARY SANCTIONS AND/OR THE**
3  **DISMISSAL OF THE COMPLAINT OR STRIKING OF THE ANSWER.** The
4  Status Report shall briefly set out the views of the party
5  making the report on the following matters:
6      (a) Name(s) of the parties counsel represents;
7      (b) A brief summary of the facts alleged in each
8  complaint and characterization of the legal theories under which
9  recovery is sought or liability denied.  The characterization of
10 the legal theories does not require legal argument, but only a
11 description of the legal theory (or theories);
12     (c) Progress in the service of process;
13     (d) Possible joinder of additional parties;
14     (e) Any expected or desired amendment of pleadings;
15     (f) Specifying the statutory basis for jurisdiction and venue;
16     (g) Anticipated motions and the scheduling thereof;
17     (h) Anticipated discovery and the scheduling thereof;
18 In this regard, the parties shall discuss whether deferral of
19 discovery pursuant to Fed. R. Civ. 26(d) is appropriate, any
20 order affecting discovery pursuant to Fed R. Civ. P. 26 and 29-37
21 is desired, and whether a discovery conference under Fed. R. Civ.
22 P. 26(f) should be held;
23     (i) Future proceedings, including setting appropriate
24 cut-off dates for discovery, law and motion, and the scheduling of
25 the pretrial conference and trial;
26     (j) Appropriateness of special procedures such as agreement

```
 1  to try the matter before a magistrate judge pursuant to
 2  28 U.S.C. § 636(c), or reference to a special master, or to the
 3  Judicial Panel on Multidistrict Litigation, or application of the
 4  Manual for Complex Litigation, binding arbitration in Superior
 5  Court;
 6       (k) Whether any of the parties has timely demanded a
 7  trial by jury;
 8       (l) Estimate of trial time;
 9       (m) Modification of standard pretrial procedures
10  specified by the local rules due to the relative simplicity or
11  complexity of the action;
12       (n) Whether the case is related to any other case,
13  including any matters in bankruptcy;
14       (o) Whether counsel will stipulate to the trial judge
15  acting as settlement judge and waive any disqualification by virtue
16  thereof, or whether the parties prefer to have a settlement
17  conference before another judge;
18       (p) The report of the parties concerning use of the
19  Voluntary Dispute Resolution Program pursuant to Local Rule 271;
20       (q) Any other matters which may be conducive to the
21  just, efficient, and economical determination of the action.
22       Following the status (Pretrial Scheduling) Conference, the
23  court will issue a written order regarding the future course of
24  this litigation.
25       9. Requests for continuance of Status Conferences are not
26  favored and will not be granted in the absence of a true emergency
```

1  and, in any event, **will not be entertained unless made <u>in writing</u>**
2  **at least THREE (3) DAYS prior to the scheduled conference.**
3      10. At the time of filing a motion, opposition, or reply, counsel
4  are directed to email a copy in word processing format to
5  **lkk-pleadings@caed.uscourts.gov**. Concurrent with filing any
6  proposed orders in the court's CM/ECF filing system, counsel are
7  directed to forward a copy in word processing format to
8  **lkkorders@caed.uscourts.gov**.
9      11. Counsel are cautioned to refer to Local Rule 230
10 regarding the requirements for noticing such motions on the court's
11 regularly scheduled law and motion calendar. This paragraph does
12 not preclude motions for continuances, temporary restraining orders
13 or other emergency applications.
14     Unless prior permission has been granted, memoranda of law in
15 support of and in opposition to motions are limited to thirty (30)
16 pages, and reply memoranda are limited to fifteen (15) pages. The
17 parties are also cautioned against filing multiple briefs to
18 circumvent this rule.
19     12. Counsel are hereby reminded of their continuing duty to
20 immediately notify the courtroom deputy at (916) 930-4133 and the
21 Judge's Chambers in writing, of any settlement or other disposition
22 (Local Rule 160).
23     IT IS SO ORDERED.
24     DATE:   April 16, 2010
                                    /s/ **LAWRENCE K. KARLTON**
25                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
26                                  UNITED STATES DISTRICT COURT