1  THE LAW OFFICES OF GARY W. GORSKI
   Gary W. Gorski - SBN: 166526
2  usrugby@gmail.com
   Tel. (916) 965-6800
3
   Co-Counsel
4  CC WEAVER & ASSOCIATES
   Craig C. Weaver - SBN: 264571
5  P.O. Box 2275, Folsom, CA 95763
   Tel. (916) 941-5184 | Fax (916) 404-4867
6  craigcweaver@ccweaver.com

7  THE LAW OFFICE OF DANIEL M. KARALASH
   Daniel M. Karalash - SBN: 176422
8  dankaralash@gmail.com

9  LAW OFFICE OF DUSTIN MACFARLANE
   Dustin MacFarlane - SBN: 262162
10 dustin@macfarlanelegal.com

11 LAW OFFICE OF BRIAN KENNEDY
   Brian Kennedy - SBN: 247961
12 brian_kennedy6@yahoo.com

13 Attorneys for Plaintiff

14

15

16                    **THE UNITED STATES DISTRICT COURT**

                **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
17

18 THOMAS JACOBS,                        )   **Case No. 2:10-cv-00913-LKK-EFB**
                                         )
19        Plaintiff,                     )   **NOTICE OF INADVERTENT**
                                         )   **DISCLOSURE OF PRIVACY CONCERNS**
20        vs.                            )   **AND *EX PARTE* APPLICATION FOR AN**
                                         )   **ORDER REDACTING SUCH**
21 CITY OF SAN JOSE MAYOR CHUCK REED,)   **INADVERTENTLY DISCLOSED**
   in both his individual and official capacities;  )   **INFORMATION**
22 CITY OF SAN JOSE; COUNTY OF SANTA )
   CLARA; CITY OF SAN JOSE POLICE CHIEF)
23 ROB DAVIS, in both his individual and official )   Date:
   capacities; COUNTY OF SANTA CLARA   )   Time:
24 SHERIFF LAURIE SMITH, in both her   )   Dept.:
   individual and official capacities; and STATE OF)
25 CALIFORNIA ATTORNEY GENERAL        )   Judge:  Honorable Lawrence K. Karlton
   EDMUND G. BROWN, in his official capacity,  )
26                                       )
          Defendants.                    )
27 _____)

28
                                    **- 1 -**
   _____
          **Notice of Inadvertent Disclosure of Privacy Concerns and *Ex Parte* Application**
                **For an Order Redacting Such Inadvertently Disclosed Information**

1

2    Plaintiff  Thomas Jacobs ("Plaintiff' or "Mr. Jacobs") by and through his attorneys of record,

3 hereby respectfully submits this Notice of Inadvertent Disclosure of Privacy Concerns and *Ex Parte*

4 Application For an Order Redacting Such Inadvertently Disclosed Information.

5    Pursuant to Local Rule 140 (Fed. R. Civ. P. 39) Privacy Concerns and Redaction, when filing

6 documents, counsel and the Court shall omit or, where reference is necessary, partially redact social

7 security numbers (use only the last four numbers) and dates of birth (use only the year).

8    In the attachments to the Complaint filed with this Court in this matter on April 16, 2010,

9 Plaintiff's counsel inadvertently disclosed Plaintiff's full date of birth and social security number.

10 These disclosures exist on Document 1-2, Page 12 of 125, Page 20 of 125, and Page 32 of 125.

11    Plaintiff requests that these documents be replaced with the redacted versions of these

12 documents attached hereto as Exhibit "A," Exhibit "B," and Exhibit "C" respectively, in compliance

13 with the Rule, or in the alternative, that this Court grant the Clerk permission to redact the currently

14 filed documents so that they mirror the attached Exhibits.

15    Defendants have not yet been served in this matter.

16

17    Dated:  May 20, 2010                CC WEAVER & ASSOCIATES
                                          Respectfully Submitted,
18
                                          _____/s/_____
19                                        Craig C. Weaver
                                          Attorney for Plaintiff
20

21

22

23

24

25

26

27

28
                                          **- 2 -**
_____

**Notice of Inadvertent Disclosure of Privacy Concerns and *Ex Parte* Application
For an Order Redacting Such Inadvertently Disclosed Information**