**State of California, Department of Justice**
# Standard Application for CCW License

Official Use Only – Type of Permit Requested
( ) Standard        ( ) Judge
( ) Reserve Officer ( ) 90 Day

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

_Thomas C. Jacobs_ (Applicant Signature)   Date: 9/27/09

Witness Signature / Badge Number   Date

## Section 1 – Applicant Personal Information

Name: Jacobs (Last)   Thomas (First)   C. (Middle)

If Applicable
Maiden Name or other Name(s) Used: ___

City and County of Residence: San Jose, Santa Clara   Country of Citizenship: U.S.A.

Date of Birth: [redacted]/51   Place of Birth: Vallejo (City), Solano (County), CA (State)

Height: 6'3"   Weight: 210   Color Eyes: Brown   Color Hair: Brown

## Section 2 – Applicant Clearance Questions

1. Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
   No X  Yes ___  (If yes, please indicate below. Use additional pages if necessary.)

Issuing Agency ___   Issue Date ___   CCW# ___

2. Have you ever applied for and been denied a license to carry a concealed weapon?
   No X  Yes ___  (If yes, give agency name, date and reason for denial.)

-3-