**State of California, Department of Justice**
# Standard Application for CCW License

## Section 7 – Investigator's Interview Notes

Applicant Name: __Jacobs__ __Thomas__ __Claude__
              Last          First          Middle

Date of Birth: ▇▇▇▇/▇▇/51      Age __58__

Social Security No.: ▇▇▇-▇▇-5349

California DL/ID No.: __S0317066__

Driver's License Restrictions: ____

**Residence Address:**
__3309__ __Padilla Way__ ____ __San Jose__ __CA__ __95148__
Number  Street              Apt.   City    State   Zip

**Mailing address (if different):**

____
Number  Street              Apt.   City    State   Zip

Home / Personal Phone Numbers: (408) 274-3774 or (408) 499-0800

Spouse's Name and Address: __Mary Ventre Jacobs__
__3309 Padilla Way, San Jose, CA 95148__

Applicant Occupation: __General Contractor__

Business / Employer Name: __Thomas Jacobs Construction__

Business Phone Number: (408) 499-0800

**Business Address:**
__3309__ __Padilla Way__ ____ __San Jose__ __CA__ __95148__
Number  Street              Apt.   City    State   Zip

1. List all previous home addresses for the past five years.

__None__

-11-