State of California, Department of Justice
## Standard Application for CCW License

| Official Use Only – Type of Permit Requested |
| --- |
| ( ) Standard ( ) Judge |
| ( ) Reserve Officer ( ) 90 Day |

### Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

_Thomas C Jacobs_
Applicant Signature

Date: 9/27/09

_____
Witness Signature / Badge Number

Date: _____

### Section 1 – Applicant Personal Information

Name: __Jacobs__ (Last)   __Thomas__ (First)   __C__ (Middle)

If Applicable
Maiden Name or other Name(s) Used: _____

City and County of Residence: __San Jose, Santa Clara__   Country of Citizenship: __U.S.A.__

Date of Birth: ▬▬▬/51   Place of Birth: __Vallejo__ (City), __Solano__ (County), __CA__ (State)

Height: __6'3"__   Weight: __210__   Color Eyes: __Brown__   Color Hair: __Brown__

### Section 2 – Applicant Clearance Questions

1. Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
   No _X_ Yes ____ (If yes, please indicate below. Use additional pages if necessary.)

Issuing Agency _____ Issue Date _____ CCW# _____

2. Have you ever applied for and been denied a license to carry a concealed weapon?
   No _X_ Yes ____ (If yes, give agency name, date and reason for denial.)

_____
_____

-3-