THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACOBS, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> CITY OF SAN JOSE MAYOR CHUCK REED,) <br> in both his individual and official capacities; ) <br> CITY OF SAN JOSE; COUNTY OF SANTA ) <br> CLARA; CITY OF SAN JOSE POLICE CHIEF ) <br> ROB DAVIS, in both his individual and official ) <br> capacities; COUNTY OF SANTA CLARA ) <br> SHERIFF LAURIE SMITH, in both her ) <br> individual and official capacities; and STATE ) <br> OF CALIFORNIA ATTORNEY GENERAL ) <br> EDMUND G. BROWN, in his official capacity, ) <br> ) <br>     Defendants. ) <br> _____ ) | Case No. 2:10-cv-00913-LKK-EFB <br><br><br> **ORDER REDACTING INADVERTENTLY** <br> **DISCLOSED INFORMATION** |

    Pursuant to Local Rule 140 (Fed. R. Civ. P. 39) Privacy Concerns and Redaction, Plaintiff's *ex parte* application that Document 1-2, Page 12 of 125, Page 20 of 125, and Page 32 of 125 be replaced with the documents attached to Plaintiff's application and labeled Exhibit "A," Exhibit "B," and Exhibit "C," respectively, is GRANTED. In the alternative, the Clerk may redact the currently filed versions of the documents so that they mirror the Exhibits.

    IT IS SO ORDERED.

Dated: May 20, 2010.

                                      LAWRENCE K. KARLTON <br>
                                      SENIOR JUDGE <br>
                                      UNITED STATES DISTRICT COURT

**ORDER**