1 EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
2 DOUGLAS J. WOODS, State Bar No. 161531
Supervising Deputy Attorney General
3 GEOFFREY L. GRAYBILL, State Bar No. 53643
Deputy Attorney General
4   1300 I Street, Suite 125
   P.O. Box 944255
5   Sacramento, CA 94244-2550
   Telephone: (916) 324-5465
6   Fax: (916) 324-8835
   E-mail: Geoffrey.Graybill@doj.ca.gov
7 *Attorneys for Defendant California Attorney*
*General Edmund G. Brown Jr.*

8

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14 **THOMAS JACOBS,**                     2:10-cv-00913-LKK-EFB

15                          Plaintiff,    **REQUEST FOR STAY OF**
                                          **PROCEEDINGS PURSUANT TO**
16        v.                              **STIPULATION [L.Rs. 143 & 144] AND**
                                          **[PROPOSED] ORDER**
17 **CITY OF SAN JOSE MAYOR CHUCK**
**REED, in both his individual and official**
18 **capacities; CITY OF SAN JOSE; COUNTY**  Judge:       The Hon. Lawrence K. Karlton
**OF SANTA CLARA; CITY OF SAN JOSE**        Courtroom:   4
19 **POLICE CHIEF ROB DAVIS, in both his**    Trial Date:  TBD
**individual and official capacities; COUNTY**  Action Filed: April 16, 2010
20 **OF SANTA CLARA SHERIFF LAURIE**
**SMITH, in both her individual and official**
21 **capacities; and STATE OF CALIFORNIA**
**ATTORNEY GENERAL EDMUND G.**
22 **BROWN, in his official capacity,**

23                         Defendants.

24

25        Pursuant to the United States District Court, Eastern District of California, Local Rules,

26 Rule 143 and 144, Craig C. Weaver, co-counsel for plaintiff Thomas Jacobs, Geoffrey L.

27 Graybill, Deputy Attorney General, representing Defendant Edmund G. Brown Jr., sued in his

28 official capacity as Attorney General of the State of California (Defendant), Melissa Kiniyalocts,

                                          1

1    Lead Deputy County Counsel, representing Defendants County of Santa Clara and Santa Clara

2    County Sheriff Laurie Smith sued in her individual and official capacities, and Margo Laskowska,

3    Deputy City Attorney, representing Defendants City of San Jose, Mayor Chuck Reed sued in his

4    individual and official capacities and San Jose Police Chief Rob Davis sued in his individual and

5    official capacities state:

6         They and each of them concurs with the representations and statements set forth in the

7    declaration by Mr. Graybill submitted herewith.

8         For the reasons stated in the Graybill Declaration, the parties respectfully request that this

9    Court vacate the order setting the status conference currently in effect for June 28, 2010 and stay

10   all proceedings in this matter including but not limited to responses to the complaint until after

11   the U.S. Supreme Court decides *McDonald v. City of Chicago* (Doc. No. 08-1521) and/or the

12   related case, *National Rifle Association of America v. City of Chicago* (No. 08-1497) in which

13   writs of certiorari have been granted with decisions expected on or before June 30, 2010, and the

14   U. S. Court of Appeals for the Ninth Circuit decides *Nordyke v. King*, No. 07-15763, for which

15   proceedings have been stayed pending the Supreme Court's decision in *McDonald* and/or

16   *National Rifle Association of America*.

17        The parties agree to enlarge the time to respond to the complaint until 20 days after the

18   stay is lifted by order of the Court.  The parties further agree that by stipulating to stay the action

19   Defendants are not waiving their right to bring a motion pursuant to 28 U.S.C. § 1404(a) to

20   transfer the action for the convenience of the parties.

21        The parties respectfully request that the order vacating and staying proceedings remain in

22   effect pending further order of the Court.  The parties are obligated to notify this Court of

23   decisions in *McDonald*, *Nordyke* and *Mehl* within five working days after each has been filed.

24   / / /

25   / / /

26   / / /

27

28

1    **IT IS SO STIPULATED.**

2    Dated:  June 8, 2010                        Respectfully submitted,

3                                                EDMUND G. BROWN JR.
                                                 Attorney General of California
4                                                DOUGLAS J. WOODS
                                                 Supervising Deputy Attorney General
5
                                                 /s/  ***Geoffrey L. Graybill***
6
7                                                GEOFFREY L. GRAYBILL
                                                 Deputy Attorney General
8                                                *Attorneys for Defendant California Attorney*
                                                 *General Edmund G. Brown Jr.*
9
                                                 /s/  ***Melissa Kiniyalocts***
10   Dated:  June 8, 2010                        _____

11                                               MELISSA KINIYALOCTS
                                                 Lead Deputy County Counsel
12                                               County of Santa Clara
                                                 *Attorney for Defendants Santa Clara County*
13                                               *and Sheriff Laurie Smith*

14
15   Dated:  June 8, 2010                        RICHARD DOYLE, City Attorney

16                                               /s/  ***Margo Laskowska***
                                        By:      _____
17
                                                 MARGO LASKOWSKA
18                                               Deputy City Attorney
                                                 *Attorneys for Defendants City of San Jose,*
19                                               *San Jose Mayor Chuck Reed, and San Jose*
                                                 *Police Chief Rob Davis*
20
21                                               /s/  ***Craig C. Weaver***
22   Dated:  June 8, 2010                        _____

23                                               CRAIG C. WEAVER
                                                 *Co-Counsel for Plaintiff Thomas Jacobs*
24   **IT IS SO ORDERED.**

25
26
     Date:  June ___, 2010                       _____
27
                                                 HONORABLE LAWRENCE K. KARLTON
28                                               United States District Court Judge

                                     3