EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DOUGLAS J. WOODS, State Bar No. 161531
Supervising Deputy Attorney General
GEOFFREY L. GRAYBILL, State Bar No. 53643
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5465
 Fax: (916) 324-8835
 E-mail: Geoffrey.Graybill@doj.ca.gov
*Attorneys for Defendant California Attorney General Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACOBS,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE MAYOR CHUCK REED, in both his individual and official capacities; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; CITY OF SAN JOSE POLICE CHIEF ROB DAVIS, in both his individual and official capacities; COUNTY OF SANTA CLARA SHERIFF LAURIE SMITH, in both her individual and official capacities; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>                              Defendants. | 2:10-cv-00913-LKK-EFB<br><br>**DECLARATION OF GEOFFREY L. GRAYBILL IN SUPPORT OF STIPULATION FOR REQUEST TO STAY PROCEEDINGS**<br><br>Judge:      The Hon. Lawrence K. Karlton<br>Courtroom:  4<br>Trial Date: TBD<br>Action Filed: April 16, 2010 |

I, GEOFFREY L. GRAYBILL, declare as follows:

1. I am a Deputy Attorney General of California and member of the California State Bar admitted to practice before the U.S. District Court for the Eastern District of California. I have

1

been assigned to represent defendant Edmund G. Brown Jr. sued in his official capacity as Attorney General of California in this action.

2. In the aforesaid capacity, I am also representing state defendants in cases pending in the U. S. Court of Appeals for the Ninth Circuit in which the core issues are the same as those raised in this action: whether state regulation of concealed firearms violates plaintiffs' asserted right to keep and bear arms under the Second Amendment which plaintiffs contend applies to the states through incorporation by the Fourteenth Amendment.

3. The two cases pending in the Ninth Circuit are *Mehl v. Blanas*, No. 08-15773 (9th Cir.) and *Rothery v. County of Sacramento*, No. 09-16852 (9th Cir.). Proceedings in *Rothery* have been stayed until August 16, 2010. Although oral argument has been completed in *Mehl*, the panel withdrew the submission pending a decision by the en banc panel in *Nordyke v. King*, No. 07-15763 (9th Cir.). Both the incorporation issue and the scope of the Second Amendment issue are pending decision in *Mehl* and *Nordyke*.

4. The en banc panel in *Nordyke* also withdrew its submission after oral argument pending a decision by the U.S. Supreme Court in *McDonald v. City of Chic*ago (Docket # 08-1521). The Supreme Court granted certiorari in *McDonald* to decide whether its landmark decision in *District of Columbia v. Heller*, --- U.S. ---, 128 S.Ct. 2783 (2008) holding there is an individual right to keep and bear arms under the Second Amendment applies to the states.

5. Decisions in *McDonald* and *Nordyke* will likely establish the legal framework for further proceedings in this case. Until these cases are decided, the parties are faced with great uncertainty regarding applicable law. Thus, proceeding further in this case before the related appeals are decided risks potentially unnecessary or duplicative expenditure of time and resources for the parties and for this Court. In my opinion, a stay of further proceedings until the U.S. Supreme Court and Ninth Circuit decide the legal parameters that will be controlling in this case will promote the best interests of the Court and the parties.

6. Counsel for plaintiff, Thomas Jacobs, is also counsel for appellants in *Rothery* and *Mehl*. He is also counsel of record for plaintiff in another Second Amendment case pending in

the U.S. District Court for the Northern District of California: *Pizzo v. Newsom* [No. cv-09-4493-CW.]

7. The parties will notify this Court immediately when decisions are filed in *McDonald*, *Nordyke* and *Mehl*.

I declare under penalty of perjury that the foregoing statements are true and correct of my personal knowledge except where stated on information and belief and, as to those statements, I believe them to be true and correct.

Executed at Sacramento, California on June 8, 2010.

/s/ *Geoffrey L. Graybill*
_____
GEOFFREY L. GRAYBILL

SA2010101414
10577284.doc