# CERTIFICATE OF SERVICE

Case Name:     **Thomas Jacobs v. City of San Jose Mayor Chuck Reed, et al.**

No.    **2:10-cv-00913-LKK-EFB**

I hereby certify that on June 8, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1)      **Request for Stay of Proceedings Pursuant to Stipulation and [Proposed] Order**

2)      **Declaration of Geoffrey L. Graybill in Support of Stipulation for Request to Stay Proceedings**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not yet registered CM/ECF users. On June 8, 2010, I mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following:

Melissa R. Kiniyalocts                          Margo Laskowska
Lead Deputy County Counsel                      Deputy City Attorney
Office of the County Counsel                    City of San Jose
County of Santa Clara                           200 East Santa Clara Street
County Government Center, East Wing             San Jose, CA 95113-1905
70 West Hedding Street, 9th Floor               Attorneys for Defendants
San Jose, CA  95110-1705
Attorney for Defendants

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 8, 2010, at Sacramento, California.

| Tammy J. Treichel | /s/  ***Tammy J. Treichel*** |
|---|---|
| Declarant | Signature |

10579525.doc