# CERTIFICATE OF SERVICE

Case Name:   **Thomas Jacobs v. City of San Jose Mayor Chuck Reed, et al.**

No.   **2:10-cv-00913-LKK-EFB**

I hereby certify that on <u>June 8, 2010</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1)   **Request for Stay of Proceedings Pursuant to Stipulation and [Proposed] Order**

2)   **Declaration of Geoffrey L. Graybill in Support of Stipulation for Request to Stay Proceedings**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not yet registered CM/ECF users. On <u>June 8, 2010</u>, I mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following:

| | |
|---|---|
| Melissa R. Kiniyalocts<br>Lead Deputy County Counsel<br>Office of the County Counsel<br>County of Santa Clara<br>County Government Center, East Wing<br>70 West Hedding Street, 9th Floor<br>San Jose, CA  95110-1705<br>Attorney for Defendants | Margo Laskowska<br>Deputy City Attorney<br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>Attorneys for Defendants |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 8, 2010</u>, at Sacramento, California.

| Tammy J. Treichel | /s/ **Tammy J. Treichel** |
|---|---|
| Declarant | Signature |

10579525.doc