EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DOUGLAS J. WOODS, State Bar No. 161531
Supervising Deputy Attorney General
GEOFFREY L. GRAYBILL, State Bar No. 53643
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5465
 Fax: (916) 324-8835
 E-mail: Geoffrey.Graybill@doj.ca.gov
*Attorneys for Defendant California Attorney General Edmund G. Brown Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACOBS,<br><br>                    Plaintiff,<br><br>v.<br><br>**CITY OF SAN JOSE MAYOR CHUCK REED, in both his individual and official capacities; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; CITY OF SAN JOSE POLICE CHIEF ROB DAVIS, in both his individual and official capacities; COUNTY OF SANTA CLARA SHERIFF LAURIE SMITH, in both her individual and official capacities; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,**<br><br>                    Defendants. | 2:10-cv-00913-LKK-EFB<br><br>**REQUEST FOR STAY OF PROCEEDINGS PURSUANT TO STIPULATION [L.Rs. 143 & 144] AND [PROPOSED] ORDER**<br><br>Judge:         The Hon. Lawrence K. Karlton<br>Courtroom:  4<br>Trial Date:    TBD<br>Action Filed: April 16, 2010 |

Pursuant to the United States District Court, Eastern District of California, Local Rules, Rule 143 and 144, Craig C. Weaver, co-counsel for plaintiff Thomas Jacobs, Geoffrey L. Graybill, Deputy Attorney General, representing Defendant Edmund G. Brown Jr., sued in his official capacity as Attorney General of the State of California (Defendant), Melissa Kiniyalocts,

1

1 | Lead Deputy County Counsel, representing Defendants County of Santa Clara and Santa Clara
2 | County Sheriff Laurie Smith sued in her individual and official capacities, and Margo Laskowska,
3 | Deputy City Attorney, representing Defendants City of San Jose, Mayor Chuck Reed sued in his
4 | individual and official capacities and San Jose Police Chief Rob Davis sued in his individual and
5 | official capacities state:

      They and each of them concurs with the representations and statements set forth in the declaration by Mr. Graybill submitted herewith.

      For the reasons stated in the Graybill Declaration, the parties respectfully request that this Court vacate the order setting the status conference currently in effect for June 28, 2010 and stay all proceedings in this matter including but not limited to responses to the complaint until after the U.S. Supreme Court decides *McDonald v. City of Chicago* (Doc. No. 08-1521) and/or the related case, *National Rifle Association of America v. City of Chicago* (No. 08-1497) in which writs of certiorari have been granted with decisions expected on or before June 30, 2010, and the U. S. Court of Appeals for the Ninth Circuit decides *Nordyke v. King*, No. 07-15763, for which proceedings have been stayed pending the Supreme Court's decision in *McDonald* and/or *National Rifle Association of America*.

      The parties agree to enlarge the time to respond to the complaint until 20 days after the stay is lifted by order of the Court.  The parties further agree that by stipulating to stay the action Defendants are not waiving their right to bring a motion pursuant to 28 U.S.C. § 1404(a) to transfer the action for the convenience of the parties.

      The parties respectfully request that the order vacating and staying proceedings remain in effect pending further order of the Court.  The parties are obligated to notify this Court of decisions in *McDonald*, *Nordyke* and *Mehl* within five working days after each has been filed.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated:  June 8, 2010                              Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DOUGLAS J. WOODS
Supervising Deputy Attorney General

/s/ *Geoffrey L. Graybill*

GEOFFREY L. GRAYBILL
Deputy Attorney General
*Attorneys for Defendant California Attorney General Edmund G. Brown Jr.*

/s/ *Melissa Kiniyalocts*
_____

Dated:  June 8, 2010

MELISSA KINIYALOCTS
Lead Deputy County Counsel
County of Santa Clara
*Attorney for Defendants Santa Clara County and Sheriff Laurie Smith*

Dated:  June 8, 2010                              RICHARD DOYLE, City Attorney

/s/ *Margo Laskowska*
By: _____
MARGO LASKOWSKA
Deputy City Attorney
*Attorneys for Defendants City of San Jose, San Jose Mayor Chuck Reed, and San Jose Police Chief Rob Davis*

/s/ *Craig C. Weaver*
Dated:  June 8, 2010                              _____
CRAIG C. WEAVER
*Co-Counsel for Plaintiff Thomas Jacobs*

**IT IS SO ORDERED.**

Date: June 9, 2010        _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

3