KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. KRAUSE, State Bar No. 185098
Supervising Deputy Attorney General
GEORGE WATERS, State Bar No. 88295
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-8050
  Fax: (916) 324-8835
  E-mail: George.Waters@doj.ca.gov
*Attorneys for Defendant Kamala Harris,*
*Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACOBS,<br><br>                         Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE MAYOR CHUCK REED, in both his individual and official capacities; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; CITY OF SAN JOSE POLICE CHIEF ROB DAVIS, in both his individual and official capacities; COUNTY OF SANTA CLARA SHERIFF LAURIE SMITH, in both her individual and official capacities; and STATE OF CALIFORNIA ATTORNEY KAMALA HARRIS, in her official capacity,<br><br>                        Defendants, | 2:10-cv-00913-LKK-EFB<br><br>**NOTICE OF RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE**<br><br>Date:        N/A<br>Time:       N/A<br>Courtroom: N/A<br>Judge      Honorable Lawrence K. Karlton<br>Trial Date  N/A<br>Action Filed: April 16, 2010 |

PLEASE TAKE NOTICE that the Deputy Attorney General assigned to represent defendant Kamala Harris, California Attorney General, has been changed.[1] Please amend your proof of service and files to reflect that Geoffrey Lloyd Graybill has been replaced by:

GEORGE WATERS
Deputy Attorney General
State Bar No. 88295
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-8050
Fax: (916) 324-8835
E-mail: George.Waters@doj.ca.gov

Dated: June 29, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PETER A. KRAUSE
Supervising Deputy Attorney General

/s/ GEORGE WATERS

GEORGE WATERS
Deputy Attorney General
*Attorneys for Defendant Kamala Harris,*
*Attorney General of the State of California*

SA2010101414
10720317.doc

---

[1] Kamala Harris has been elected to the office of California Attorney General and replaces former Attorney General (now Governor) Edmund G. Brown Jr. Pursuant to Fed.R.Civ.P. 25(d), she is automatically substituted for her predecessor as a party in this action.

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | Thomas Jacobs v. City of San Jose Mayor Chuck Reed, et al. | No. | 2:10-cv-00913-LKK-EFB |

I hereby certify that on June 29, 2011, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 29, 2011, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Melissa R. Kiniyalocts
Lead Deputy County Counsel
Office of the County Counsel
County of Santa Clara
County Government Center, East Wing
70 West Hedding Street, 9th Floor
San Jose, CA 95110-1705
Attorney for Defendants

Margo Laskowska
Deputy City Attorney
City of San Jose
200 East Santa Clara Street
San Jose, CA 95113-1905
Attorneys for Defendants

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 29, 2011, at Sacramento, California.

| | |
|---|---|
| Brenda Apodaca | /s/ Brenda Apodaca |
| Declarant | Signature |

10720699.doc