THE LAW OFFICES OF GARY W. GORSKI
Gary W. Gorski - SBN: 166526
Attorney at Law
1207 Front Street, Suite 22
Sacramento, CA 95814
916.965.6800
LoneWolfLaw@outlook.com
www.lonewolflaw.com
Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACOBS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF SAN JOSE MAYOR CHUCK REED, in both his individual and official capacities; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; CITY OF SAN JOSE POLICE CHIEF ROB DAVIS, in both his individual and official capacities; COUNTY OF SANTA CLARA SHERIFF LAURIE SMITH, in both her individual and official capacities; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>        Defendants. | Case No. 2:10-cv-00913-TLN-EFB<br><br>**ORDER** ON PLAINTIFF'S EX PARTE APPLICATION FOR A STATUS CONFERENCE AND/OR CONTINUED STAY OF PROCEEDINGS<br><br>Courtroom 2, 15th floor<br>Honorable Judge Troy L. Nunley |

**GOOD CAUSE APPEARING,** Plaintiff's Ex Parte Application for a Status Conference and/or Continued Stay of Proceedings is hereby granted as follows:

**IT IS HEREBY ORDERED** that all proceedings are stayed in this matter pending *en banc* review of the cases *Peruta v. County of San Diego*, 742 F. 3d 1144 (9th Circuit 2014)(9th Cir. Case No. 10-56971) and *Richards v. Prieto*, (9th Cir. Case No. 11-16255) and that the stay shall remain in

- 1 -

_____
**ORDER**

1  effect pending further order of the Court.

2  **IT IS HEREBY FURTHER ORDERED** that time is enlarged for defendants to file responsive pleadings or motions 30 days after the stay is lifted.

4  **IT IS HEREBY FURTHER ORDERED** that the parties shall file notices of appearances, and that the filing of a notice of appearance shall not constitute a waiver of their right to bring a motion pursuant to 28 U.S.C. § 1404(a) to transfer the action for the convenience of the parties.

7  **IT IS HEREBY FURTHER ORDERED** that the parties are obligated to notify this Court of decisions in *Peruta v. County of San Diego*, 742 F. 3d 1144 (9th Circuit 2014)(9th Cir. Case No. 10-56971) and *Richards v. Prieto*, (9th Cir. Case No. 11-16255) within five working days after each has been filed.

IT IS SO ORDERED.

Dated:  March 16, 2015

Troy L. Nunley
United States District Judge