KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
GEORGE WATERS, State Bar No. 88295
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-8050
  Fax: (916) 324-8835
  E-mail: George.Waters@doj.ca.gov
*Attorneys for Defendant California Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACOBS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE MAYOR CHUCK REED, in both his individual and official capacities; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; CITY OF SAN JOSE POLICE CHIEF ROB DAVIS, in both his individual and official capacities; COUNTY OF SANTA CLARA SHERIFF LAURIE SMITH, in both her individual and official capacities; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>    Defendants. | 2:10-cv-00913-TLE-EFB<br><br>**NOTICE TO COURT OF DECISIONS IN RELATED CASES**<br><br>Date:        n/a<br>Time:       n/a<br>Courtroom:  2, 15th Floor<br>Judge:      The Honorable Troy L. Nunley<br>Action Filed: April 16, 2010 |

Pursuant to the Court's March 17, 2015 stay order (Dkt. #14), defendant Kamala D. Harris, California Attorney General ("Defendant"), respectfully submits this notice regarding the Ninth Circuit's decisions in *Peruta v. County of San Diego* (9th Cir. # 10-56971) and *Richards v. Prieto* (9th Cir. # 11-16255).

This case presents a challenge to California law concerning licenses for the concealed carry of weapons (CCW licenses). This case has been stayed for more than six years pending resolution of other similar cases. The present stay order allows defendants 30 days to file responsive pleadings once the stay is lifted, and instructs the parties "to notify this Court of decisions in *Peruta v. County of San Diego*, 742 F. 3d 1144 (9th Circuit 2014) (9th Cir. Case No. 10-56971) and *Richards v. Prieto*, (9th Cir. Case No. 11-16255) within five working days after each has been filed." (Dkt. #14, p. 2.)

On June 9, 2016, the Ninth Circuit issued a single en banc opinion resolving both the *Peruta* and *Richards* cases. The Ninth Circuit stated:

> We hold that the Second Amendment does not protect, in any degree, the carrying of concealed firearms by members of the general public. This holding resolves the Second Amendment question presented in this case. It also necessarily resolves, adversely to Plaintiffs, their derivative claims of prior restraint, equal protection, privileges and immunities, and due process. In light of our holding, we need not, and do not, answer the question of whether or to what degree the Second Amendment might or might not protect a right of a member of the general public to carry firearms openly in public.

*Peruta v. County of San Diego* (9th Cir., June 9, 2016, No. 10-56971) 2016 WL 3194315, at *17.

Defendant believes that *Peruta* requires dismissal of plaintiff's claims in this action. Defendant respectfully requests that the Court schedule a status conference to resolve, among other things, (a) whether plaintiff intends to amend the complaint, and (b) whether the present stay should be extended pending resolution of an anticipated petition for writ of certiorari in *Peruta*.

Dated: June 16, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ *George Waters*
GEORGE WATERS
Deputy Attorney General
*Attorneys for Defendant California
Attorney General Kamala D. Harris*

SA2010101414/ 12306234.doc

2

# CERTIFICATE OF SERVICE

Case Name: **Thomas Jacobs v. City of San Jose Mayor Chuck Reed, et al.**     No.     **2:10-cv-00913-TLN-EFB**

I hereby certify that on June 16, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE TO COURT OF DECISIONS IN RELATED CASES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 16, 2016, at Sacramento, California.

| Tracie L. Campbell | /s/ Tracie Campbell |
|---|---|
| Declarant | Signature |

SA2010101414
12309248.doc