1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MARK R. BECKINGTON, State Bar No. 126009
   Supervising Deputy Attorney General
3  GEORGE WATERS, State Bar No. 88295
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 323-8050
6    Fax:  (916) 324-8835
     E-mail:  George.Waters@doj.ca.gov
7  *Attorneys for Defendant California Attorney*
   *General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS JACOBS,** | 2:10-cv-00913-TLN-EFB |
| Plaintiff, | **ORDER ON JOINT STATUS REPORT AND REQUEST FOR CONTINUED STAY OF PROCEEDINGS** |
| v. | |
| **CITY OF SAN JOSE MAYOR CHUCK REED, in both his individual and official capacities; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; CITY OF SAN JOSE POLICE CHIEF ROB DAVIS, in both his individual and official capacities; COUNTY OF SANTA CLARA SHERIFF LAURIE SMITH, in both her individual and official capacities; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,** | Courtroom:  2, 15th Floor<br>Judge:  The Honorable Troy L. Nunley |
| Defendants. | |

   Good cause appearing, the parties' Joint Status Report and Request for Continued Stay of Proceedings is granted as follows:

   IT IS HEREBY ORDERED that all proceedings are stayed in this matter pending a final resolution of the appeals in *Peruta v. County of San Diego* (9th Circuit No. 10-56971) and

*Richards v. Prieto* (9th Circuit No. 11-16255) and that the stay shall remain in effect until further order of this Court.

IT IS HEREBY FURTHER ORDERED that time is enlarged for defendants to file responsive pleadings or motions to 30 days after the stay is lifted.

IT IS HEREBY FURTHER ORDERED that all parties retain the right to bring a motion pursuant to 28 U.S.C. § 1404(a) to transfer this action for the convenience of the parties.

IT IS HEREBY FURTHER ORDERED that the parties are obligated to notify this Court of the final resolution of *Peruta v. County of San Diego* (9th Circuit No. 10-56971) and *Richards v. Prieto* (9th Circuit No. 11-16255) within five working days after the Ninth Circuit's mandate issues in each case.

Dated: July 11, 2016

_____
Troy L. Nunley
United States District Judge