Gary W. Gorski CBN:166526
Attorney at Law
3017 Douglas Blvd. Suite 150
Roseville, CA  95661
Cell: (775) 720-1000
CivilRightsAttorney@outlook.com
www.BlackWolfLaw.com

Co-Counsel
CC WEAVER & ASSOCIATES
Craig C. Weaver - SBN: 264571
P.O. Box 2275, Folsom, CA 95763
Tel. (916) 941-5184 | Fax (916) 404-4867
craigcweaver@ccweaver.com

THE LAW OFFICE OF DANIEL M. KARALASH
Daniel M. Karalash - SBN: 176422
3017 Douglas Boulevard, Suite 150
Roseville, CA 95661
(916) 787-1234
www.stratlaw.org

Attorneys for Plaintiff
THOMAS JACOBS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS JACOBS,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF SAN JOSE MAYOR CHUCK REED, in both his individual and official capacities; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; CITY OF SAN JOSE POLICE CHIEF ROB DAVIS, in both his individual and official capacities; COUNTY OF SANTA CLARA SHERIFF LAURIE SMITH, in both her individual and official capacities; and STATE OF CALIFORNIA ATTORNEY GENERAL EDMUND G. BROWN, in his official capacity,<br><br>        Defendants. | Case No.: 2:10-CV-00913-TLN-EFB<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER** |

# STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between Plaintiff, Thomas Jacobs, and Defendants, City of San José, City of San José Mayor Chuck Reed, City of San José Police Chief Rob Davis, County of Santa Clara, Sheriff Laurie Smith, and the State of California Attorney General, through their undersigned counsel, that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

**IT IS FURTHER STIPULATED THAT** each party shall bear its own costs and attorney's fees.

Dated: June 26, 2020

/s/ Jennifer E. Rosenberg
JENNIFER E. ROSENBERG
Deputy Attorney General
XAVIER BECERRA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
Attorneys for Defendant California Attorney General Xavier Becerra

Dated: June 26, 2020

/s/ Gary W. Gorski
GARY W. GORSKI
Attorney for Plaintiff Thomas Jacobs

Dated: June 26, 2020

/s/ Melissa R. Kiniyalocts
MELISSA R. KINIYALOCTS
Attorney for Defendant County of Santa Clara and Chuck Reed

Dated: June 26, 2020

/s/ Julia Van Roo
JULIA VAN ROO
Attorney for Defendants City of San José, City of San José Mayor Chuck Reed, City of San José Police Chief Rob Davis.

**ORDER**

**IT IS HEREBY ORDERED THAT:**

The entire action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own costs and fees.

**IT IS SO ORDERED,**

Date: _____          _____
                         UNITED STATES DISTRICT JUDGE TROY L. NUNLEY